| | |
|---|---|
| **Kenneth Andrew Colbaugh,** **Individually and as Surviving Spouse** **Of Tabatha Marie Colbaugh** **f/k/a Tabatha Marie Smith** **(Deceased), JE through next friend JH,** **NR through next friend SR, and LC** **through next friend EH,**<br><br>　　Plaintiffs,<br><br>vs.<br><br>**Meigs County,** **The Estate of Robert J. Leonard** **c/o Neal Pinkston Administrator Ad Litem,** **an John Doe 1-10**<br><br>　　Defendants. | 1:24-cv-00151<br><br>Hon. Clifton L. Corker<br>Mag. Christopher H. Steger<br><br>**Jury Demanded**<br><br><br><br>**CONSOLIDATED WITH** **THE SMITH CASE BELOW** |
| **TABITHA MARIE SMITH (Deceased),** **by and through her adult child** **NATHAN ALEXANDER SMITH,** **and** **NATHAN ALEXANDER SMITH,**<br><br>　　Plaintiffs,<br><br>vs.<br><br>**MEIGS COUNTY GOVERNMENT, and**<br><br>**ROBERT J. LEONARD, (Deceased)**<br><br>　　Defendants. | 1:24-cv-00104 |

## MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE

1

Defendant, MEIGS COUNTY GOVERNMENT ("MEIGS"), through counsel, respectfully moves this Honorable Court for a continuance of the Case Management Conference [COURT ORDER 40] currently set for August 7, 2024. For cause, MEIGS would show that undersigned counsel (Michel & Ward) will be in a three week medical malpractice trial that is scheduled to start August 2, 2024 and scheduled to be completed on August 23, 2024. (*Goodnight v. Tusa et al*., Hamilton County Circuit Court #19C331).

Both lawyers who comprise the entirety of the Michel & Ward PC law firm will be in trial during the time the Case Management Conference is currently scheduled and will be unable to participate on behalf of MEIGS.

Accordingly, MEIGS moves this Honorable Court for a brief continuance of the Case Management Conference to the first available date after August 23, 2024.

### CERTIFICATE OF CONFERENCE OF THE PARTIES

**MEIGS would also show that the parties to both the Smith & Colbaugh matters have no objection to the requested continuance**.

Respectfully submitted,

**MICHEL AND WARD, P.C.**

By: /S/ Alix C. Michel
    **Alix C. Michel (BPR No. 024243)**
    **David J. Ward (BPR No. 013449)**
735 Broad Street, Suite 406
Chattanooga, Tennessee 37402
Telephone: 423.602.9521
Facsimile: 423.265.9524
*Attorneys for Defendant MEIGS*

This 31st day of July, 2024.