UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
CHATTANOOGA DIVISION

| KENNETH ANDREW COLBAUGH, et al., | ) | |
|---|---|---|
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | 1:24-CV-00151-DCLC-CHS |
| | ) | |
| MEIGS COUNTY SHERIFF'S DEPARTMENT, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Before the Court is Defendant Meigs County Government's ("the County") Motion to Continue Case Management Conference [Doc. 41]. The County moves to continue the telephonic case management conference in this matter to a date after August 23, 2024 due to conflicts with the currently scheduled date of August 7, 2024. Given the lack of opposition by the parties, the County's motion [Doc. 41] is well-taken and **GRANTED**. The case management conference is **CONTINUED** to **August 27, 2024, at 11:00 a.m. EST**. The parties shall call the Court's conference line at 866-390-1828 and enter access code 4845352 at the appointed time.

**SO ORDERED:**

s/Clifton L. Corker
United States District Judge