# UNITED STATES DISTRICT COURT
for the
Eastern District of Tennessee

| NATHAN ALEXANDER SMITH | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. 1-24-cv-00151 |
| MEIGS COUNTY, et al. | ) |
| *Defendant* | ) |

## SUBPOENA TO APPEAR AND TESTIFY
## AT A HEARING OR TRIAL IN A CIVIL ACTION

To: SHEENA MCHONE
7650 STATE HWY 304, TEN MILE, TN 37880

*(Name of person to whom this subpoena is directed)*

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place set forth below to testify at a hearing or trial in this civil action. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place: | UNITED STATES DISTRICT COURT<br>Joel W. Solomon Federal Building<br>900 Georgia Avenue, Chattanooga, TN 37402 | Courtroom No.: 3 |
|---|---|---|
| | | Date and Time: 11/18/2024 10:30 am |

You must also bring with you the following documents, electronically stored information, or objects *(leave blank if not applicable)*:

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 10/14/24

CLERK OF COURT

_____  OR  _____
*Signature of Clerk or Deputy Clerk*          *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Nathan A. Smith
_____, who issues or requests this subpoena, are:

Robin R. Flores
4110 Brainerd Road, Chattanooga, TN
423-267-1575

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

Civil Action No. 1-24-cv-00104

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* Sheena McHone
on *(date)* 10/11/24 .

☒ I served the subpoena by delivering a copy to the named person as follows: personal service at 7650 State Hwy 304, Ten Mile TN 37880
on *(date)* 10/23/24 ; or

☐ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of
$ 127.49 .

My fees are $ 0    for travel and $ 60.00 for services, for a total of $ 60.00 .

I declare under penalty of perjury that this information is true.

Date: 10-24-2024

Stephanie Smartt
*Server's signature*

Stephanie Smartt, Admin Asst.
*Printed name and title*

1600 Foust St. Chattanooga TN 37404
*Server's address*

Additional information regarding attempted service, etc.: