U.S. DISTRICT COURT for the EASTERN DISTRICT OF TENNESSEE at CHATTANOOGA

- [ ] MOTION HEARING
- [ ] PRETRIAL CONFERENCE
- [x] OTHER

Case No: **1:24-cv-104**  Nathan Alexander Smith v. Meigs County Government et al

**PRESENT:** Honorable **Clifton L. Corker**  [x] U.S. District Judge  OR  [ ] U.S. Magistrate Judge

Michael Thomas, Neil Thomas, Robin Flores for Nathan Smith
Attorney(s) for Plaintiff(s)

Alyson Oliver, Jeffrey Rufolo for Kenneth Colbaugh, Intervenor Plaintiff
Attorney(s) for Plaintiff(s)

David Ward for Meigs County Government
Attorney(s) for Defendant(s)

Bryan Hoss for Robert J Leonard
Attorney(s) for Defendant(s)

**Barbara Lewis**
Courtroom Deputy

**Stephanie Fernandez**
Court Reporter

PROCEEDINGS:

Evidentiary hearing: argument between between Plaintiff Nathan Alexander Smith and Intervenor Plaintiff Kenneth Andrew Colbaugh- (re Spousal Abandonment/Surviving Spouse status).
*Opinion to be filed by Judge Corker

TESTIMONY BY: Kenneth Colbaugh, sworn; Amber McKinney, sworn

TRIAL SET: _____

Time: 9:05 to 10:25
10:35 to 12:10
___ to ___
___ to ___

Date: 11/18/2024

REV 7/14