UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| **TABITHA MARIE SMITH (Deceased)** | * | |
| **(aka Tabatha Marie Colbaugh),** | * | |
| by and through her surviving children | * | |
| **NATHAN ALEXANDER SMITH,** | * | |
| JE through next friend JH, | * | |
| NR through next friend SR, and | * | |
| LC through next friend EH, | * | |
| | * | No. 1:24-cv-151-DCLC-CHS |
| And | * | |
| | * | |
| **NATHAN ALEXANDER SMITH,** | * | **JURY DEMANDED** |
| NR through next friend SR, | * | |
| JE through next friend JH, | * | |
| and | * | |
| LC through next friend EH, | * | |
| (individually), | * | |
| | * | |
| *Plaintiffs,* | * | |
| | * | |
| v. | * | |
| | * | |
| **MEIGS COUNTY, and** | * | |
| | * | |
| **ESTATE OF ROBERT J. LEONARD** | * | |
| **(Deceased) by and through Neal Pinkston** | * | |
| **As Administrator** *ad Litem*, | * | |

## NOTICE OF WITHDRAWAL OF COUNSEL

**COMES NOW,** Attorney Janie Parks Varnell, and hereby submits this Notice of Withdrawal of counsel pursuant to Local Rule 83.4(f) of the *Local Rules of the Eastern District of Tennessee*. Counsel will begin a new position with the Hamilton County Government on February 3, 2025. Attorney Bryan Hoss and Edith Logan Davis remain on the case as attorneys of record.

1

Respectfully submitted,

**DAVIS & HOSS, P.C.**

/s/ Janie Parks Varnell
Bryan H. Hoss, BPR #021529
Janie Parks Varnell, BPR #031256
Edith Logan Davis, BPR# 038138
850 Fort Wood Street
Chattanooga, TN 37403
(423) 266-0605
(423) 266-0687 – fax
*Attorneys for Estate of Robert J. Leonard*

## CERTIFICATE OF SERVICE

I herby certify that a true and exact copy of this pleading has been served on all interested parties via the Court's electronic filing system.

This the 28th day of January, 2025.

s/Janie Parks Varnell