| | | |
|---|---|---|
| TABITHA MARIE SMITH (Deceased) | § | |
| (aka Tabatha Marie Colbaugh), | § | |
| by and through her surviving children | § | |
| NATHAN ALEXANDER SMITH, | § | |
| JE through next friend JH, | § | No. 1:24-cv-151-DCLC-CHS |
| NR through next friend SR, and | § | |
| LC through next friend EH, | § | JURY DEMANDED |
| | § | |
| and | § | |
| | § | |
| NATHAN ALEXANDER SMITH, | § | |
| NR through next friend SR, | § | |
| JE through next friend JH, | § | |
| and | § | |
| LC through next friend EH, | § | |
| (individually), | § | |
| | § | |
| *Plaintiffs,* | § | |
| | § | |
| ~V~ | § | |
| | § | |
| MEIGS COUNTY, and | § | |
| | § | |
| ESTATE OF ROBERT J. LEONARD (Deceased), | § | |
| by and through Neal Pinkston as | § | |
| Administrator *ad Litem*, | § | |
| | § | |
| *Defendants*. | § | |

**APPENDIX A**

# INDEX OF ATTACHMENTS

Page #

*19 injured in crash involving prisoner transport bus in Lake County, authorities say*, ABC7 CHICAGO, Sept. 4, 2024…………………………………………...1

*2 inmates dead, 5 injured in prisoner transport van crash*, WTVM 9, Apr. 14, 2024……………………………………………………………………...4

Audrey Goodson, *OHP: 10 inmates taken to hospitals after fog causes pickup to crash into transport bus near Perkins*, KOCO 5 NEWS, Sept. 25, 2024……………6

Raymond Baccari, *Providence prisoner transport van involved in Cranston crash*, WPRI, Oct. 6, 2024……………………………………………………….10

*Deputy, 5 inmates hurt when inmate transport van rear-ended in Detroit*, FOX 2 DETROIT, Sept. 14, 2018………………………………………………..13

Colleen Slevin, *A Colorado woman who was handcuffed in a police car hit by a train receives an $8.5M settlement*, AP NEWS, June 5, 2024……………………..14

# Attachment 1

 **24/7 Live**                                                                                          **46°**

CRASH

# 19 injured in crash involving prisoner transport bus in Lake County, authorities say

By ABC7 Chicago Digital Team
Wednesday, September 4, 2024

     



Reed Gelinskey, 15, is being charged as an adult after prosecutors say he planned to kill both his parents.

LAKE COUNTY, Ill. (WLS) -- Nineteen people were hurt in a crash involving a prisoner transport bus Wednesday in Lake County, Illinois.

**ABC7 Chicago is now streaming 24/7. Click here to watch**

The crash happened around 1 p.m. on Route 120 between Round Lake and Grayslake, authorities said.

Grayslake Police said the bus hit a car that was turning onto Hainesville Road.

All of the prisoners were accounted for, the Lake County Sheriff's Office said.

No further information was immediately available.

Report a correction or typo

Copyright © 2025 WLS-TV. All Rights Reserved.

## Related Topics

LAKE COUNTY     GRAYSLAKE     ROUND LAKE     CRASH     PRISON     BUS CRASH

**Emma - Black**

Sponsored / ORTHOFEET                                   Buy now

**Amazon Is Losing Money as Michigan Shoppers Are Canceling Prime for This Clever Hack**

Sponsored / Online Shopping Tools

**Look For Any High School Yearbook, It's Free**

Sponsored / Classmates.com

**State-of-the-Art Vein Treatment - Covered by Insurance!**

Sponsored / Metro Vein Centers                         Book Now

**Seniors Born 1941-1979 Receive 55 Benefits This Month if They Ask**

Sponsored / WalletJump                                 Learn More

**Flight Attendant Reveals How To Fly Business Class For The Price of Economy**

Sponsored / Online Shopping Tools

**Healthy legs never felt so good! Non-invasive vein treatment. Covered by insurance.**

Sponsored / Metro Vein Centers                         Learn More

**Monday: Thousands Rush for Tax Forgiveness Before April Deadline [Qualify Here]**

Sponsored / Fresh Start Information                    Learn More

**Top 10 Blood Pressure Monitors of 2024 Tested by DocReviews**

Case 1:24-cv-00151-DCLC-CHS     Document 81-1     Filed 03/10/25     Page 5 of 20
PageID #: 654

# Attachment 2

4

ADVERTISEMENT

# 2 inmates dead, 5 injured in prisoner transport van crash



 Two inmates have died and five others are injured after an Alabama Department of Corrections transport van crashed. (Source: WSFA)

By WSFA 12 News Staff and Amanda Alvarado
*Published: Apr. 14, 2024 at 8:59 AM EDT*

TALLAPOOSA COUNTY, Ala. (WSFA/Gray News) - Two inmates were killed and 5 others were injured after a prisoner transport van crashed in Alabama on Wednesday.

Alexander City Community Based Facility inmates Willie Crayton, 60, Jakes Jones, 46, Bruce Clements, 66, Thomas Bass, 44, Heath Garrett, 50, Shawn Wasden, 33, and Richard Jackson, 58, were returning to the facility after work when the van veered off the road and hit a tree.

Authorities say Jones was driving the van. He was taken to the hospital in critical condition.

Crayton died at the scene and Clements died at the hospital.

ADVERTISEMENT

The other inmates were treated for non-life-threatening injuries.

Alabama Department of Corrections Commissioner John Hahm extended his condolences to the families of the victims. He also thanked first responders for their "quick and professional response."

"We will be doing all we can to support the staff and inmates affected by this tragic event," Hamm said.

5

# Attachment 3

                                                         ✉      ☼ 46°

**BREAKING NEWS:**                                                                               ‹  1 / 2  ›  ❚❚
Firefighters rescue man from second-floor apartment after flames spark in northwest OKC   38 MIN



Advertisement

# OHP: 10 inmates taken to hospitals after fog causes pickup to crash into transport bus near Perkins

Their conditions are unknown.

Updated: 5:40 PM CDT Sep 25, 2024

Infinite Scroll Enabled     

**Audrey Goodson** 🐦 ✉
Reporter

**PERKINS, Okla. —** Authorities say 10 inmates were taken to hospitals after dense fog caused a crash between a prisoner transport bus and pickup truck Wednesday morning near Perkins.

 **OKC metro residents wake up to dense, patchy fog after damaging hail hit Tuesday**

Advertisement

The **Oklahoma Highway Patrol** said a pickup tried to pass another vehicle about 2.5 miles east of Perkins on State Highway 33, and the driver could not see a bus approaching through the fog. The pickup hit the front of the prisoner transport bus, causing the bus to veer off the highway and into a ravine.

**>> Download the KOCO 5 App**

Thirty-seven inmates were on the bus, and 10 were taken to area hospitals. Their conditions are unknown. The other 27 inmates went back to the prison in Cushing, according to the Oklahoma Highway Patrol.

The person driving the pickup truck did not have to be taken to a hospital, officials said.

Case 1:24-cv-00151-DCLC-CHS    Document 81-1    Filed 03/10/25    Page 10 of 20
Page ID #: 662966037

 **Oklahoma Highway Patrol**
about 6 months ago


The dense fog created issues across the state this morning. The driver of a pickup attempted to pass another vehicle approximately 2 1/2 miles east of Perkins on State Highway 33, and could not see a bus approaching through the fog. That driver struck the front of the prisoner transport bus, causing the bus to veer off the roadway into a ravine. 37 inmates were on board, 10 went to area hospitals, and the other 27 went back to the prison in Cushing. The driver of the pickup did not have to be transported to the hospital.



713        286        1.2K

**Top Headlines**

- Storms drop large hail in OKC metro, leaving damage behind
- Insurance commissioner discusses what to do after damaging, costly hail storm
- OKC metro residents wake up to dense, patchy fog after damaging hail hit Tuesday
- Oklahoma County deputy taken to hospital after motorcycle crash
- KOCO 5 viewers capture photos, videos of powerful hail storm

TOP PICKS

# Attachment 4

**53°**

SIGN UP

**NEW WAY TO WATCH**
Introducing the WPRI 12+ TV app



WEST BAY

# Providence prisoner transport van involved in Cranston crash

by: **Raymond Baccari**
Posted: Oct 6, 2024 / 05:58 PM EDT
Updated: Oct 7, 2024 / 03:02 PM EDT

SHARE     

CRANSTON, R.I. (WPRI) — A Providence police prisoner transport van carrying six prisoners got into a crash in Cranston Sunday afternoon.

Cranston police said the crash involved another vehicle outside the Traffic Tribunal on New London Avenue around 2:09 p.m. and resulted in minor damage.

Case 1:24-cv-00151-DCLC-CHS    Document 81-1    Filed 03/10/25    Page 13 of 20
PageID #: 662

# Attachment 5

Watch Live

# Deputy, 5 inmates hurt when inmate transport van rear-ended in Detroit

| Published  September 14, 2018 10:25am EDT  | News  | FOX 2 Detroit |

**DETROIT (WJBK)** - One Wayne County deputies and five inmates are being evaluated for injuries Friday morning when a prisoner transport van was rear-ended on I-75 Friday morning.

The crashed happened around 9 a.m. Friday on I-75 at Clay Street.

According to officials, the van was rear-ended by another vehicle on the highway. Several fire crews and ambulances responded to the scene and deputies and inmates were pulled from the van.

Wayne County officials call the accident minor.

Michigan State Police is investigating the crash.

This material may not be published, broadcast, rewritten, or redistributed. ©2025 FOX Television Stations

# Attachment 6

U.S. NEWS

# A Colorado woman who was handcuffed in a police car hit by a train receives an $8.5M settlement



AP SETS THE STANDARD FOR POLITICAL REPORTING.
SUPPORT INDEPENDENT, FACT-BASED JOURNALISM.

DONATE



BY COLLEEN SLEVIN
Updated 5:06 PM EDT, June 5, 2024

DENVER (AP) — A Colorado woman who was seriously injured when a freight train hit the parked police vehicle in which she sat handcuffed has reached an $8.5 million settlement, a lawyer representing two of the involved police officers said Wednesday.

The city of Fort Lupton and nearby town of Platteville, which together employed the three officers sued in the 2022 crash, will each pay half of the settlement to Yareni Rios, said attorney Eric Ziporin.

Ziporin represents the two officers who worked for Fort Lupton at the time, Jordan Steinke and Ryan Thomeczek. He declined to comment further on the agreement. Fort Lupton Police Chief William Carnes said in a statement Tuesday that the settlement was reached to "the mutual satisfaction of the parties, recognizes the gravity of this matter, and allows all parties to move forward."

Former Platteville police Sgt. Pablo Vazquez was also sued. The Associated Press sent his attorneys an email seeking comment Wednesday.

ADVERTISEMENT

Steinke and Vazquez were both sentenced to probation in connection with the crash; Thomeczek was not charged.

Rios, then 20, was pulled over by Vazquez on Sept. 16, 2022, after a road rage incident that police said at the time involved "menacing with a handgun." Shortly afterward, Steinke and then Thomeczek arrived to help, and Steinke put Rios in the back of Vazquez's patrol car. Vazquez had parked on railroad tracks, according to the lawsuit and testimony in Steinke's trial last year.

**RELATED STORIES**



**Prosecutors to present evidence Colorado dentist charged in wife's death tried to kill detective**



**SWAT team raided the wrong Denver apartment and traumatized two young girls, lawsuit says**



**New Homeland Security secretary joins federal agents to tout immigrant arrests in NYC**

Steinke testified that she did not realize where the car was parked, though the tracks and railroad crossing signs can be seen in her body camera footage. She was found guilty of reckless endangerment and assault, fired from her job and sentenced to serve 2 1/2 years of supervised probation.

In comments recorded on body camera footage, Vazquez told other officers that he thought he had cleared the tracks when he parked behind Rios. He said he was focused on her because he was concerned that she possibly had a weapon.

Vazquez pleaded guilty to one count of reckless endangerment and was sentenced to a year of unsupervised probation.

Rios screamed for help after seeing the train approaching, and although a door in the police car had been left open, she was not able to get out of the caged-in back seat, according to the lawsuit, which stated that she suffered serious injuries, including severe head trauma. The suit accused police of being reckless and failing to protect Rios while she was in their custody.

Rios pleaded no contest to a charge of misdemeanor menacing.

ADVERTISEMENT