UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| NATHANIEL ALEXANDER SMITH et al., | ) |
| | ) |
| Plaintiffs, | ) |
| v. | ) No. 1:24-CV-00151-7-DCLC-CHS |
| | ) |
| MEIGS COUNTY and ESTATE OF ROBERT | ) |
| J. LEONARD, by and through Neal Pinkston as | ) |
| Administrator *ad litem*, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

The parties are **ORDERED** to participate in a telephonic status conference on **Thursday, November 20, 2025, at 1:00 p.m.** by dialing (423) 212-5515 and entering access code 8036938.

**SO ORDERED:**

s/ Clifton L. Corker
United States District Judge