| | |
|---|---|
| TABITHA MARIE SMITH (Deceased) (aka Tabatha Marie Colbaugh), by and through her surviving children NATHAN ALEXANDER SMITH, JE through next friend JH, NR through next friend SR, and LC through next friend EH, | No. 1:24-cv-151-DCLC-CHS |
| and | JURY DEMANDED |
| NATHAN ALEXANDER SMITH, JE through next friend JH, NR through next friend SR, and LC through next friend EH, (individually), | |
| Plaintiffs, | |
| v. | |
| MEIGS COUNTY, and | |
| ESTATE OF ROBERT J. LEONARD (Deceased), by and through Neal Pinkston as Administrator *ad Litem*, | |
| Defendants. | |

### DEFENDANT MEIGS COUNTY'S MOTION TO WITHDRAW ITS MOTION TO DISMISS PLAINTIFFS' FOURTH AMENDED COMPLAINT

COMES NOW Defendant MEIGS COUNTY, ("MEIGS"), through counsel, and files this Motion to Withdraw its Motion to Dismiss Plaintiffs' Third Amended Complaint, and would show as follows:

- On January 17, 2025, Plaintiffs filed their Third Amended Complaint. (DOC. 67.)

- On February 5, 2025, MEIGS filed its Motion to Dismiss Plaintiffs' Third Amended Complaint. (DOC. 73.)

1

- On March 10, 2025, Plaintiffs filed their Response to MEIGS' Motion to Dismiss Third Amended Complaint (DOC. 81.)

- On August 26, 2025, Plaintiffs filed a Motion for Leave to File Their Fourth Amended Complaint (DOC. 96.)

- On September 8, 2025, MEIGS filed Response in Opposition to Motion for Leave to File Fourth Amended Complaint (DOC. 98.)

- On September 15, 2025, the Court noticed a hearing on Plaintiffs' Motion for Leave to File Fourth Amended Complaint for September 23, 2025 (DOC. 99.)

- On September 15, 2025, Plaintiffs filed their Reply to Response to Motion for Leave to File Fourth Amended Complaint (DOC. 100.)

- On September 23, 2025, the Court heard argument on Plaintiffs' Motion for Leave to File Fourth Amended Complaint.

- On September 24, 2025, the Court denied as moot MEIGS' Motion to Dismiss, granting Meigs County leave to refile its motion to dismiss in response to Plaintiffs' amended complaint. (DOC. 103.)

- On September 24, 2025, the Court granted Plaintiffs' Motion for Leave to File Fourth Amended Complaint, and ordered that MEIGS' has until Monday, October 13, 2026 to withdraw its Motion to Dismiss Plaintiffs' Third Amended Complaint and to file a new Motion to Dismiss as to Plaintiffs' Fourth Amended Complaint (DOC. 104.)

- On September 23, 2025, Plaintiffs filed their Fourth Amended Complaint.

Wherefore, MEIGS requests that this Honorable Court allow MEIGS to withdraw its Motion to Dismiss Plaintiffs' Third Amended Complaint (DOC. 73.)

Respectfully submitted,

**MICHEL AND WARD, P.C.**

By: /S/ David J. Ward
      **Alix C. Michel (BPR No. 024243)**
      **David J. Ward (BPR No. 013449)**
735 Broad Street, Suite 406
Chattanooga, Tennessee 37402
Telephone: 423.602.9521
Facsimile: 423.265.9524
*Attorneys for Defendant MEIGS*

This 10th day of October, 2025.