# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# CHATTANOOGA

| | |
|---|---|
| TABITHA MARIE SMITH (Deceased) § <br> (aka Tabatha Marie Colbaugh), § <br> by and through her surviving children § <br> NATHAN ALEXANDER SMITH, § <br> JE through next friend JH, § <br> NR through next friend SR, and § <br> LC through next friend EH, § <br> § <br> and § <br> § <br> NATHAN ALEXANDER SMITH, § <br> NR through next friend SR, § <br> JE through next friend JH, § <br> and § <br> LC through next friend EH, § <br> (individually), § <br> § <br> *Plaintiffs,* § <br> § <br> ~v~ § <br> § <br> MEIGS COUNTY, and § <br> § <br> ESTATE OF ROBERT J. LEONARD (Deceased), § <br> by and through Neal Pinkston as § <br> Administrator *ad Litem*, § <br> § <br> *Defendants.* § | No. 1:24-cv-151-DCLC-CHS <br><br> JURY DEMANDED |

### PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO THE MOTIONS TO DISMISS FILED BY DEFENDANTS MEIGS COUNTY AND THE ESTATE OF ROBERT J. LEONARD

PLAINTIFFS, Nathan Alexander Smith ("Smith"), NR through next Friend SR, JE through next friend JH, and LC through next friend EH, in their individual capacities and in their capacities as next of kin for their mother, Tabitha Marie

~ 1 ~

Case 1:24-cv-00151-DCLC-CHS   Document 110   Filed 10/21/25   Page 1 of 3
PageID #: 1146

Smith (aka Tabitha Marie Colbaugh) ("Deceased"), from an abundance of caution, and pursuant to E.D. TENN., L.R. 7.1(a) and FED. R. CIV. P. Rule 6(b), move this Court to allow an **additional fifteen (15) days** to file their response to the motion to dismiss filed by the Defendant Meigs County ("County") (DE 108) and the motion to dismiss filed by Defendant Estate of Robert J. Leonard ("Leonard") (DE 107).

The Defendants filed their motions on October 10, 2025. Plaintiffs have 21 days thereafter to file their response. See E.D. TENN., L.R. 7.1(a). Consequently, the Plaintiffs' response is due on or before **October 31, 2025**.

Plaintiffs are currently represented by two sets of attorneys, Robin Flores, Neil Thomas, and Mike Thomas for Plaintiff Nathan Smith, and Alyson Oliver and Jeffrey Rufolo for the remaining Plaintiffs. Plaintiffs' counsel will require additional time to confer over the production of the response prior to filing. Plaintiffs suggest that an **additional fifteen days** should be ample time to complete the response.

The 15th day from October 31, 2025, falls on Saturday, November 15, 2025. Thus, Plaintiffs move this Court leave to file their response on or before **November 17, 2025.**

Robin Flores contacted counsel for the Defendants, and they had no objection to the motion.

Respectfully submitted,

By: /s/ Robin Ruben Flores          /s/ Alyson Oliver (by permission)
**ROBIN RUBEN FLORES**          **OLIVER BELL GROUP**
**TENN. BPR #20751**          ***admitted pro hac vice**
**GA. STATE BAR #200745**          **Attorney for NR, JE and LC**
Attorney for Plaintiff Nathan Smith          50 W. Big Beaver Road Ste. 200

4110-A Brainerd Road
Chattanooga, TN 37411
O: (423) 267-1575
F: (423) 267-2703
robin@robinfloreslaw.com

Troy, MI 48084
O: (248) 327-6556
F: (248) 416-3047
notifications@oliverlawgroup.com

THOMAS & THOMAS, LLC P.C.

By: /s/ W. Neil Thomas (by permission)
**W. NEIL THOMAS**
**TENN. BPR #004536**
**MICHAEL THOMAS**
**TENN. BPR #29423**
Attorneys for Plaintiff Nathan Smith
6148 Lee Highway, Suite 115
Chattanooga, TN 37421
O: (423) 910-9100
F: (423) 356-3082
wnthomas@twtlawfirm.com

SUMMERS, RUFOLO & RODGERS,

By: /s/ Jeffrey Rufolo (by permission)
**JEFFREY RUFOLO**
**TENN. BPR #15013**
Attorneys for Plaintiffs NR, JE and LC
735 Broad Street, Suite 800
Chattanooga, TN 37402
O: (423) 265-2385
jrufolo@summersfirm.com

## CERTIFICATE OF SERVICE

The undersigned attorney for Plaintiff Nathan Smith, hereby certifies that true and exact copies of this motion have been filed and served electronically upon all parties in interest or their counsel as indicated on the receipt issued by the Court's electronic filing system.

By: /s/ Robin Ruben Flores

~ 3 ~

Case 1:24-cv-00151-DCLC-CHS   Document 110   Filed 10/21/25   Page 3 of 3
PageID #: 1148