

# U.S. District Court

## Tennessee Eastern - Chattanooga

Receipt Date: Jan 15, 2026 2:45PM

Summers Rufolo Rodgers PC
735 Broad Street Suite 800
Chattanooga, TN 37402

| Rcpt. No: 100002219 | Trans. Date: Jan 15, 2026 2:45PM | | | Cashier ID: #SC (2299) | |
|---|---|---|---|---|---|
| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
| 111 | Pro Hac Vice | DTNE326BB000001 /001<br>CLERK US DISTRICT COURT | 1 | 150.00 | 150.00 |

| CD | Tender | | | | Amt |
|---|---|---|---|---|---|
| CH | Check | #6743 | 01/15/2026 | | $150.00 |
| | | | | Total Due Prior to Payment: | $150.00 |
| | | | | Total Tendered: | $150.00 |
| | | | | Total Cash Received: | $0.00 |

**Comments**: Motion Pro Hac Vice for Attorney Matouka in 1-24-cv-151

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.