# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
## CHATTANOOGA

| | | |
|---|---|---|
| TABITHA MARIE SMITH (Deceased) (aka Tabatha Marie Colbaugh), by and through her surviving children NATHAN ALEXANDER SMITH, JE through next friend JH, NR through next friend SR, and LC through next friend EH, *et al.*,<br><br>*Plaintiffs,*<br><br>~V~<br><br>MEIGS COUNTY, *et al.*,<br><br>*Defendants.* | § § § § § § § § § § § § § § § § | No. 1:24-cv-151-DCLC-CHS<br><br>JURY DEMANDED |

## NOTICE TO TAKE DEPOSITION OF 30(b)(6) CORPORATE REPRESENTATIVE DUCES TECUM

COMES NOW, the Plaintiff Nathan Alexander Smith, through his attorney of record and pursuant to the provisions of Rule 30(b)(6) of the Federal Rules of Civil Procedure, the Plaintiff will take the deposition upon oral examination of representative(s) of Meigs County as designated by Meigs County on May 27, 2026 beginning at 10:00 am at the offices of Alix Michel and David Ward, 735 Broad Street, Suite 406, Chattanooga, TN 37402 by stenographic and/or audio-visual means. The depositions shall continue until completed and in accordance with Fed. R. Civ. P. 30(d).

~ 1 ~

# TOPICS FOR EXAMINATION

**A. Policies, Procedures, Customs, and Training Regarding Transportation of Arrestees and/or Prisoners**

    a. Meigs' County policies, procedures, and/or customs for transporting arrestees and/or prisoners in effect on February 14, 2024.

    b. Training provided to Meigs County Sheriff's Deputies concerning the transportation of arrestees and/or prisoners as of February 14, 2024. Inclusive of both initial/onboarding training and any supplemental or refresher training.

    c. Identities of all persons responsible for developing and implementing the Meigs County Sheriff's Department's policies, procedures, and customs concerning the transportation of arrestees and/or prisoners as of February 14, 2024.

    d. Any policies or procedures related to ensuring employee compliance with the Meigs County Sheriff's Department's policies, procedures, and customs related to the transportation of arrestees and/or prisoners as of February 14, 2024.

**B. Training of New Deputies on Roadway Knowledge within Meigs County**

    a. Area familiarization training provided to newly hired Meigs County Sheriff's Deputies as of February 14, 2024.

    b. Meigs County Sheriff's Department policies or procedures to identify and address inadequate geographical familiarity with the Department's

~ 2 ~

jurisdiction as of February 14, 2024.

**C. Notice of Dangerous Roadways and Prior Incidents at Blythe Ferry Lane/Road**

 a. All training provided to Meigs County Sheriff's Department employees since February 14, 2014, for search and rescue scenarios involving a vehicle in the Tennessee River.

 b. Instances of vehicles driving into the Tennessee River in Meigs County or surrounding counties (of which Defendant Meigs was aware) since 2014.

 c. Instances of Meigs County Sheriff's Department employees having on-duty motor vehicle accidents since 2013.

 d. Any hazard specific warnings, communications, and/or trainings provided to new hires or as a refresher as of February 14, 2024.

 e. Any training, warnings, and/or communications given to Meigs County Sheriff's Department employees related to areas of Meigs County with limited communication availability (i.e., areas where GPS, cellphones, or radios are ineffective) from January 1, 2020, to present.

**D. Sheriff's Office Training Systems and Methods**

 a. Identities of all people responsible for the contents of the Meigs County Sheriff's Department's officer training program as of February 14, 2024.

 b. How officer training needs are identified and addressed.

 c. How deficiencies in the Meigs County Sheriff's Department's officer training program are identified and corrected.

~ 3 ~

d. How efficacy and adequacy of the training program is assessed.

e. What types of records are generated during training (initial or refresher).

f. The documents establishing the contents, duration, and/or scope of the Meigs County Sheriff's Department's new officer training program as of February 14, 2024.

g. How the Meigs County Sheriff's Department determined whether new officers adequately completed the required training as of February 14, 2024.

h. All changes to the Meigs County Sheriff's Departments' new officer training program from January 1, 2020, to present.

## E. Equipment Issued to Deputies and Installed in Patrol Vehicles

a. The types of equipment issued to deputies personally and assigned to patrol vehicles during the relevant period, including radios, backup or interoperable communications devices, GPS or navigation equipment or applications, speedometers/odometers, body-worn cameras, in-car cameras, emergency equipment, and seatbelt/restraint systems, and the processes for inspection, maintenance, and replacement from January 1, 2020, to present.

b. The policies, procedures, and customs related to vehicle maintenance and use of vehicles without functioning systems such as a speedometer, odometer, seatbelts, or other safety equipment as of February 14, 2024.

~ 4 ~

**F. Policies Regarding Cell Phone Use and Communications When Car Radios Do Not Function**

    a. The County's policies, procedures, and practices regarding deputies' use of personal or County-issued cell phones and electronic messaging while operating vehicles, including during prisoner transport, and any training or enforcement related to same from January 1, 2020, to present.

    b. The County's policies and protocols for communications redundancy or alternatives when in-car or portable radios do not function or have inadequate coverage, including designated safe stopping, call-back procedures, and supervisor notification as of February 14, 2024.

**G. Hiring and Screening of Deputy Sheriff Applicants**

    a. The County's hiring, screening, and background investigation processes for deputy sheriff candidates during the relevant period, including evaluation of prior employment, criminal history, driving history, substance use or addiction indicators, psychological or medical screening, reference checks, and probationary status requirements from January 1, 2020, to present.

    b. Any changes to hiring or screening policies or practices made from January 1, 2020 to present, including enhancements addressing roadway familiarity, training sufficiency before solo patrol, or equipment provisioning

# DUCES TECUM

The County is requested to produce any documents, not already produced in discovery, which were relied upon or reviewed by Defendant's representatives in preparation for the deposition at **least 7 days prior** to the deposition date.

These documents to be included, to the extent not previously produced, for the period January 1, 2020 to present:

1. All policies, procedures, manuals, general or special orders, training materials, lesson plans, curricula, PowerPoints, handouts, testing or certification records, and attendance logs relating to the transportation of arrestees/detainees; roadway familiarity/area orientation; communications protocols; cell phone and electronic messaging use while on duty; and equipment issued to deputies or installed in patrol vehicles.

2. Records reflecting equipment issued to deputies and installed in patrol vehicles, including navigation devices/software, body-worn cameras, in-car cameras, functioning of speedometers/odometers, radios, and maintenance/repair records for such equipment.

3. Documents reflecting hiring, screening, and background investigation policies and checklists for deputy sheriffs, including any standards related to driving history, substance use/addiction indicators, psychological screening, and area-familiarization prerequisites for solo patrol.

4. Communications, bulletins, training updates, or advisories to deputies regarding dangerous roadways in Meigs County, including Blythe Ferry Lane

~ 6 ~

or Road, and any logs or records of prior incidents of vehicles entering the Tennessee River from Blythe Ferry.

5.  Documents sufficient to show the structure and operation of the Sheriff's Office training program(s), including identification of responsible personnel, training schedules, and methods for evaluating training effectiveness and implementing remedial training.

6.  Policies, procedures, and communications regarding alternative communications when radios are nonfunctional or out of coverage, including any authorization or discouragement of text messaging while driving.

## RESERVATION OF RIGHTS

Plaintiff reserves the right to supplement, amend, or narrow these topics and document requests and to depose additional witnesses as discovery progresses.

Respectfully submitted,

By: /s/ *Robin Ruben Flores*

**ROBIN RUBEN FLORES**
**TENN. BPR #20751**
**GA. STATE BAR #200745**
Attorney for Nathan Alexander Smith
4110-A Brainerd Road
Chattanooga, TN  37411
O: (423) 267-1575
F: (423) 267-2703
robin@robinfloreslaw.com

**Certificate of Service**

I certify that I served a copy of this motion to all persons listed on the ECF/CM receipt and on the dates listed thereupon.

/s/ Robin Ruben Flores

~ 7 ~