TABITHA MARIE SMITH (Deceased), §
(aka Tabitha Marie Colbaugh), §
by and through her surviving children §
NATHAN ALEXANDER SMITH, §   No. 1:24-CV-151-DCLC-CHS
JE through next friend JH, §
NR through next friend SR, and §   JURY DEMAND
LC through next friend EH, §
     §
   and   §
     §
NATHAN ALEXANDER SMITH, §
NR through next friend SR, §
JE through next friend JH, and §
LC through next friend EH, §
(individually), §
     §
    *Plaintiffs,*   §
     §
vs.   §
     §
MEIGS COUNTY and §
ESTATE OF ROBERT J. LEONARD (Deceased) §
by and through Neal Pinkston as §
Administrator *ad Litem*, §
     §
    *Defendants.*   §

## JOINT MOTION TO AMEND AGREED PROTECTIVE ORDER

Pursuant to Rule 26(c) of the Federal Rules of Civil Procedure, Plaintiffs and Defendants

respectfully move the Court for entry of their Joint Motion to Amend Agreed Protective Order

regarding confidential records and information, attached hereto as Exhibit A. In support of the

Motion, the parties state that, in the course of discovery and other disclosures required under the

Federal Rules of Civil Procedure, the parties may obtain and/or produce documents, data,

discovery responses and other materials that contain information of which public disclosure could

1

undermine the safety and security of law enforcement officials and records containing personal identifiable information of people not party to these proceedings. To ensure that such information is kept and remains confidential and not used for any purpose other than discovery, trial preparation, and the trial of this case the parties respectfully request that the court enter their Joint Motion to Amend Agreed Protective Order (Attached hereto as Exhibit A).

For the foregoing reasons, the parties jointly move the Court to enter their proposed Amended Agreed Protective Order for confidential records of information.

Respectfully submitted this _____ day of April, 2026.

**By: /S/ Alix C. Michel**                      **By: Robin R. Flores (by permission)**

**Alix C. Michel (BPR #024243)**           **Robin R. Flores (BPR #20751)**

**David J. Ward (BPR # 013449)**            FLORES LAW OFFICE

MICHEL AND WARD, P.C.                   4110 Brainerd Rd.

735 Broad Street, Suite 406                Suite A

Chattanooga, Tennessee 37402            Chattanooga, TN 37411

T: 423.602.9522, F: 423.265.9524        T: 423-267-1575, F: 423-267-2703

**Email**: alix@michelandward.com          **Email**: Robin@robinfloreslaw.com

david@michelandward.com                 *Attorneys for Plaintiffs*

*Attorneys for Defendant MEIGS COUNTY*


**By: /S/ Alyson Oliver (by permission)**     **By: /S/ Jeffrey W. Rufolo (by permission)**

**Alyson Oliver (admitted PRO RAC VICE)**   **Jeffrey W. Rufolo (BPR #15013)**

OLIVER BELL GROUP                 SUMMERS, RUFOLO & RODGERS, P.C.

50 W. Big Beaver Rd., Ste 200            The James Building

Troy, MI 48084                          735 Broad Street, Suite 800

T: 248-327-6556, F: 248-436-3385       Chattanooga. TN 37402

**Email**: aoliver@oliverlawgroup.com      T: 423-265-2385, F: 423-266-5211

*Attorneys for Plaintiffs*                    **Email**: jrufolo@summersfirm.com

                                      *Attorneys for Plaintiffs*

2

**By: /S/ Michael M. Thomas (by permission)**
**Michael Mason Thomas (BPR#29423)**
TWT LA WFIRM, PLLC
6148 Lee Highway
Ste. 115
Chattanooga, TN 3 7363
T: 423-910-9100
**Email**: mthomas@twtlawfirm.com
*Attorneys for Plaintiffs*

**By: /S/ Bryan H. Hoss (by permission)**
**Bryan H. Hoss (BPR #21529)**
DAVIS & HOSS, P.C.
850 Fort Wood Street
Chattanooga, TN 37403
T: 423-266-0605, F: 423-266-0687
**Email**: bryan@davis-hoss.com
*Attorneys for Defendant Estate of Leonard*

3