| | | |
|---|---|---|
| TABITHA MARIE SMITH (Deceased) | § | |
| (aka Tabatha Marie Colbaugh), by and through | § | |
| her surviving children NATHAN ALEXANDER | § | |
| SMITH, JE through next friend JH, NR through | § | |
| next friend SR, and LC through next friend EH, | § | |
| | § | No. 1:24-CV-151-DCLC-CHS |
| and | § | JURY DEMANDED |
| | § | |
| NATHAN ALEXANDER SMITH, | § | |
| NR through next friend SR, | § | |
| JE through next friend JH, | § | |
| and LC through next friend EH,  (individually) | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| vs. | § | |
| | § | |
| MEIGS COUNTY, and  ESTATE OF ROBERT J. | § | |
| LEONARD (Deceased),  by and through | § | |
| Neal Pinkston as Administrator *ad Litem*, | § | |
| | § | |
| Defendants, | § | |

**AGREED PROTECTIVE ORDER RE: PRODUCTION OF RECORDS**

IN ACCORDANCE WITH the request for entry of a Protective Order made by MEIGS COUNTY and based on the Parties agreement that the following shall control the production/exchange of **certain** information, communications and documents produced in this matter, it is hereby **ORDERED** that:

1.      **Scope.** the following shall be treated as *Confidential*. Records of which public disclosure could undermine the safety and security of law enforcement officials and records containing personal identifiable information of people not party to these proceedings including, but not limited to:

1

a. 911 CAD records;

b. Recorded calls/dispatch communications;[1] and

c. Excel spreadsheets containing information regarding motor vehicle accidents involving members of the Meigs County Sheriff's Department and/or related insurance information.

d. The Defendant, Robert Leonard's mobile phone, along with any data associated with said phone.

2. For purposes of this PROTECTIVE ORDER, "**Confidential"** means the documents specifically enumerated in paragraph 1(a)–(c) above and any other documents agreed to by the parties during the pendency of this litigation. Any such information obtained by any party to this litigation shall be immediately recognized as "**Confidential**", held as such, and not disclosed to any person or entity except:

(1) Plaintiffs;
(2) Plaintiffs' counsel;
(3) Plaintiffs' counsel's staff;
(4) Defendants;
(5) Defendants' counsel;
(6) Defendants' counsel's staff;
(7) Associated counsel who assist with the preparation or trial of the case;
(8) Experts and consultants retained by Plaintiffs or by Defendants in this matter;
(9) The Court, Court's staff, witnesses at any deposition, hearing or trial, and Jury; and
(10) Mediator(s) in this matter.

This obligation of non-disclosure shall apply to all information identified above as **Confidential**.

---

[1] This general designation of documents is without waiver of Defendant MEIGS COUNTY's assertion that the scope of any response to a specific discovery request and response be subject to appropriate redactions (for example, health, financial, "identifying" or personal information, and, any other information permitted for redaction under Federal & Tennessee law).

2

3.	The parties and their attorneys shall furnish any experts and consultants a copy of this Protective Order (if applicable) and caution the experts and consultants to abide by the terms contained in this Protective Order.

4.	**Confidential information obtained in this litigation shall be used for the purposes of this lawsuit only and the parties expressly agree such information shall not be disseminated outside this litigation absent a separate Court order addressing the relevancy of same and any privacy issues related thereto.**

5.	The parties shall identify the materials, information, communications and documents that this Order specifically applies to by designating same as CONFIDENTIAL, SUBJECT TO PROTECTIVE ORDER upon production.

6.	**Nothing in this Protective Order shall be deemed a waiver of any party's right to (a) oppose discovery on grounds other than that the information sought constitutes or contains Confidential information; or (b) object on any grounds to the admission of evidence at the trial of this action, of any Confidential information based on other grounds; or (c) redact financial and/or privacy information from a document (\*\*\*\* with any redactions remaining subject to further review by the Court if the parties deem necessary)**.

7.	Upon the completion of the trial and appeals, if any, or the satisfaction of any judgment, or upon conclusion of any settlement (if any), the parties and their attorneys (including any associated counsel), and their consulting and designated expert witnesses shall maintain/preserve the confidentiality of all information which had been designated as Confidential in this litigation.

8.	All information designated as Confidential shall be treated as confidential pursuant to the terms of this Protective Order until further Order of this Court, unless otherwise stipulated or agreed by the parties.

3

9. Nothing herein shall prevent the parties from using the Confidential and/or Private Information in connection with any trial, hearing, or public proceeding *in this matter*, or from seeking further protection with respect to the use of any such Confidential information in connection with such trial, hearing, or public proceeding *in this matter*.

ENTERED this _____ day of _____ 2025.

_____
**DISTRICT COURT JUDGE**

APPROVED AS TO FORM BY:

By: **/S/ Alix C. Michel**
**Alix C. Michel (BPR #024243)**
**David J. Ward (BPR # 013449)**
MICHEL AND WARD, P.C.
735 Broad Street, Suite 406
Chattanooga, Tennessee 37402
T: 423.602.9522, F: 423.265.9524
**Email:** alix@michelandward.com
 david@michelandward.com
*Attorneys for Defendant MEIGS COUNTY*


By: **/S/ Alyson Oliver (by permission)**
**Alyson Oliver (admitted PRO HAC VICE)**
OLIVER BELL GROUP
50 W. Big Beaver Rd., Ste 200
Troy, MI 48084
T: 248-327-6556, F: 248-436-3385
Email: aoliver@oliverlawgroup.com
*Attorneys for Plaintiffs*

By: **/S/ Robin R. Flores (by permission)**
**Robin R Flores (BPR #20751)**
FLORES LAW OFFICE
4110 Brainerd Road
Suite A
Chattanooga, TN 37411
T: 423-267-1575, F: 423-267-2703
Email: robin@robinfloreslaw.com
*Attorneys for Plaintiffs*


By: **/S/ Jeffrey W. Rufolo (by permission)**
**Jeffrey W Rufolo (BPR #15013)**
SUMMERS, RUFOLO & RODGERS, P.C.
The James Building
735 Broad Street, Suite 800
Chattanooga, TN 37402
T: 423-265-2385, F: 423-266-5211
Email: jrufolo@summersfirm.com
*Attorneys for Plaintiffs*

4

By: **/S/ Michael M. Thomas (by permission)**
**Michael Mason Thomas (BPR#29423)**
TWT LAWFIRM, PLLC
6148 Lee Highway
Ste. 115
Chattanooga, TN 37363
T: 423-910-9100
Email: mthomas@twtlawfirm.com
*Attorneys for Plaintiffs*

By: **/S/ Bryan H. Hoss (by permission)**
**Bryan H Hoss (BPR #21529)**
DAVIS & HOSS, PC
850 Fort Wood Street
Chattanooga, TN 37403
T: 423-266-0605, Fax: 423-266-0687
Email: bryan@davis-hoss.com
*Attorneys for Defendant Estate of Leonard*