UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

NATHANIEL ALEXANDER SMITH et al.,          )
                                            )
     Plaintiffs,                         )
v.                                          )          No. 1:24-CV-00151-DCLC-CHS
                                            )
MEIGS COUNTY and ESTATE OF ROBERT           )
J. LEONARD, by and through Neal Pinkston as )
Administrator *ad Litem*,                   )
                                            )
     Defendants.                         )

## ORDER

This matter is before the Court on Plaintiffs' Unopposed Motion to Amend Scheduling Order [Doc. 146], in which Plaintiffs move the Court to "extend[] the deadlines for the Parties to make their expert witness disclosures," [*id.* at 1]. A scheduling order "may be modified only for good cause and with the judge's consent," Fed. R. Civ. P. 16(b), and "'[t]he primary measure of Rule 16's good cause standard is the moving party's diligence in attempting to meet' the scheduling order's requirements," *Garza v. Lansing Sch. Dist.*, 972 F.3d 853, 879 (6th Cir. 2020) (internal quotation marks and quotation omitted).

In endeavoring to meet this standard, Plaintiffs state that the parties have engaged in "significant discovery, including the depositions of numerous witnesses," but Plaintiffs have additional depositions to perform before they can meet their expert-disclosure deadline. [Pls.' Mot. at 2]. To ensure they can meet this deadline, they move the Court to amend the expert-disclosure deadlines, both for themselves and Defendants alike. By all appearances, the parties have diligently worked to meet the scheduling order's requirements and, in doing so, they have demonstrated good cause for their request to amend the scheduling order's expert-disclosure deadlines. Plaintiffs' motion to amend the scheduling order is therefore **GRANTED**, *nunc pro tunc*, and the Court's Scheduling Order [Doc. 123] is **AMENDED** as follows:

| Expert Disclosure Deadlines: | Plaintiff: June 29, 2026 |
|---|---|
| | Defendant: July 30, 2026 |
| | Rebuttal: August 13, 2026 |

All other unexpired dates and deadlines in the scheduling order remain unchanged. *See* [Pls.'

Mot. at 3 ("[A]n extension to the expert disclosure deadlines would not necessarily impact the

remainder of the scheduling order.")].

**SO ORDERED:**

s/ Clifton L. Corker
United States District Judge