# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
### CHATTANOOGA

| | | |
|---|---|---|
| TABITHA MARIE SMITH (Deceased) (aka Tabatha Marie Colbaugh), by and through her surviving children NATHAN ALEXANDER SMITH, JE through next friend JH, NR through next friend SR, and LC through next friend EH, <br><br> and <br><br> NATHAN ALEXANDER SMITH, NR through next friend SR, JE through next friend JH, and LC through next friend EH, (individually), <br><br> Plaintiffs, <br><br> vs. <br><br> MEIGS COUNTY, and ESTATE OF ROBERT J. LEONARD (Deceased), by and through Neal Pinkston as Administrator *ad Litem*, <br><br> Defendants, | § § § § § § § § § § § § § § § § § § § § § § § § § § § § | No. 1:24-CV-151-DCLC-CHS <br><br> JURY DEMANDED |

**MEIGS COUNTY'S NOTICE OF DEPOSITION OF THOMAS TIDERINGTON DUCES TECUM**

---

COMES NOW MEIGS COUNTY ("MEIGS"), through counsel, and in accordance with Federal Rules of Civil Procedure 26 & 30, and hereby serves the instant **NOTIC**E that it will take **the deposition of Thomas J. Tiderington of Plymouth, Michigan on Wednesday, November 2, 2026 beginning at 9:00 a.m. central time. The deposition will be taken <u>and recorded</u> via**

Page **1** of **4**

**the Zoom platform and will continue from day to day, if necessary, until the examination is complete.**

The deposition will be transcribed by a court reporter or other officer authorized to take depositions, to be used for discovery and all other purposes available under the Federal Rules of Civil Procedure. The link for this deposition will be provided in advance to all counsel of record.

In addition, the deponent is requested to produce the materials listed on Exhibit "A" to counsel for MEIGS no later than seven (7) days prior to the scheduled deposition (see Exhibit "A" attached).

<div style="margin-left: 45%;">

Respectfully submitted,

**MICHEL AND WARD, P.C.**

By:   /S/ Alix C. Michel
      **Alix C. Michel** (BPR No. 024243)
      **David J. Ward** (BPR No. 013449)
735 Broad Street, Suite 406
Chattanooga, TN 37402
Telephone: (423) 602-9522
Facsimile: (423) 602-9524
Alix@MichelandWard.com
*Attorneys for Defendant MEIGS*

</div>

**Definitions:**

**The following terms used in this document are defined for clarity as follows:**

- **Document:** Includes all written, typed, or printed matter, as well as electronically stored information (ESI), data, emails, and text messages.

- **The Lawsuit:** Refers to **case No. 1:24-CV-00151-7-DCLC-CHS** pending in the Federal District Court in the Eastern District of Tennessee in which you have been disclosed by the Plaintiffs as an expert.

- **You/Your:** Refers to Thomas Tiderington and any agents, employees, or entities acting on your behalf.

**Mr. Tiderington, please produce no later than seven (7) days in advance of your deposition the following:**

- **Your Complete Case File:** Your complete file regarding the Lawsuit, including all papers, notes, charts, graphs, data, outlines, and summaries created or maintained by You.

- **Materials Considered:** All documents, items, photographs, videos, audio recordings, or other pieces of evidence provided to, reviewed by, or considered by You in connection with the Lawsuit, regardless of whether You ultimately relied upon them to form Your opinions.

- **Basis of Opinions:** All documents, treatises, articles, manuals, standards, statutes, or industry guidelines that You relied upon, or which support, any opinion expressed in Your expert report(s).

- **Raw Data:** All raw data, spreadsheets, measurements, testing results, or computations generated or utilized by You in connection with Your analysis of this case.

- **Communications:** All written and electronic communications (including emails, text messages, and letters) between You and the Plaintiffs, Plaintiffs' counsel, or any other person regarding the Lawsuit, subject to the explicit protections of FRCP 26(b)(4).

- **Compensation Records:** All fee agreements, retention letters, invoices, time sheets, billing logs, and records of payment relating to Your work on the Lawsuit.

- **Qualifications (CV):** Your most current curriculum vitae, including a comprehensive list of all publications authored by You within the preceding 10 years.

- **Testimony History:** A list identifying every case in which You have testified as an expert witness, either at trial or by deposition, within the preceding 4 years, including the case name, court, case number, and the party for whom You testified.

- **Prior "Failure-to-Train" Testimony:** All expert reports, deposition transcripts, or trial transcripts from the past four (4) years generated by You in other legal matters that address allegations regarding failure to train, failure to supervise, or *Monell* liability.

- **National Standards and Benchmarks:** All documents, treatises, model policies, or national standards (such as CALEA, IACP, or PERF guidelines) that You rely upon for your opinions in the Lawsuit.

- **Comparison Data:** All documents, data sets, or comparative studies concerning the training programs of other similarly situated municipalities that You reviewed, considered, or relied upon to support Your opinions in the Lawsuit.

- **Evidence of Prior Misconduct Notice:** All documents, citizens' complaints, internal affairs reports, or notices of prior lawsuits that You contend put the municipal policymakers on actual or constructive notice of any issues You are expected to offer/testify about at trial against MEIGS.