# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
### CHATTANOOGA

TABITHA MARIE SMITH (Deceased) §
(aka Tabatha Marie Colbaugh), §
by and through her surviving children §
NATHAN ALEXANDER SMITH, §
JE through next friend JH, §    No. 1:24-cv-151-DCLC-CHS
NR through next friend SR, and §
LC through next friend EH, *et al.*, §    JURY DEMANDED
       §
    *Plaintiffs,* §
       §
~V~ §
       §
MEIGS COUNTY, *et al.*, §
       §
    *Defendants.* §

## PLAINTIFF NATHAN ALEXANDER SMITH'S
## NOTICE OF SERVICE AND FILING SUPPLEMENTAL
## EXPERT DISCLOSURE/REPORT

COMES NOW, the Plaintiff Nathan Alexander Smith, through his attorney of record and submits the attached supplemental expert disclosure/report of Thomas J. Tiderington, subject to additional supplementation pursuant to Fed. R. Civ. P., Rule 26(e).

Respectfully submitted,

By: /s/ *Robin Ruben Flores*

**ROBIN RUBEN FLORES**
**TENN. BPR #20751**
**GA. STATE BAR #200745**
Attorney for Nathan Alexander Smith
4110-A Brainerd Road
Chattanooga, TN  37411
O: (423) 267-1575
F: (423) 267-2703
robin@robinfloreslaw.com

~ 1 ~

## Certificate of Service

I certify that I served a copy of this NOTICE to all persons listed on the ECF/CM receipt and on the dates listed thereupon.

/s/ Robin Ruben Flores

~ 2 ~