UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| TABITHA MARIE SMITH (Deceased),<br>(aka Tabitha Marie Colbaugh),<br>by and through her surviving children<br>NATHAN ALEXANDER SMITH,<br>JE through next friend JH,<br>NR through next friend SR, and<br>LC through next friend EH,<br><br>and<br><br>NATHAN ALEXANDER SMITH,<br>NR through next friend SR,<br>JE through next friend JH, and<br>LC through next friend EH,<br>(individually),<br><br>     *Plaintiffs,*<br><br>vs.<br><br>MEIGS COUNTY and<br>ESTATE OF ROBERT J. LEONARD (Deceased)<br>by and through Neal Pinkston as<br>Administrator *ad Litem*,<br><br>     *Defendants.* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 1:24-CV-151-DCLC-CHS<br><br>JURY DEMAND |

---

**DEFENDANT ESTATE OF ROBERT J. LEONARD'S MOITION TO <u>JOIN</u> DEFENDANT MEIGS COUNTY'S MOTION FOR LEAVE TO SUPPLEMENT EXPERT DISCLOSURES TO IDENTIFY JAMES R. MCGEE AND FOR LIMITED MODIFICATION OF THE SCHEDULING ORDER [DOC. 163]**

---

**COMES NOW**, the Defendant, the Estate of Robert J. Leonard, by and through counsel, pursuant to Fed. R. Civ. P. Rule 26(a)(2) and hereby files this Motion to Join Defendant Meigs County's Motion for Leave to Supplement Expert Disclosures to Identify James R. McGee and for Limited Modification of the Scheduling Order found at Doc. 163. Defendant Estate adopts and incorporates Defendant Meigs County's Motion (Doc. 163), exhibits, expert disclosures and arguments for this motion, and

1

asks the Court to permit the Supplemental expert disclosure James R. McGee as not only an expert for Meigs County, but also for the Defendant Estate.

**WHEREFORE PREMISES CONSIDERED**, the Defendant Estate requests that this Court grant this Motion, allow the Defendant Estate to join in Meigs County's Motion (Doc. 163), and permit the supplement as the Defendant Estate's Expert Disclosure as well as Meigs County.

Respectfully Submitted,

**DAVIS & HOSS, P.C.**

/s/ Bryan Hoss_____
Bryan H. Hoss, BPR #021529
Edith Logan Davis, BPR# 038138
850 Fort Wood Street
Chattanooga, TN 37403
(423) 266-0605
(423) 266-0687 – fax
*Attorneys for Estate of Robert J. Leonard*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

THOMAS & THOMAS
W. Neil Thomas, III
Michael Mason Thomas
6148 Lee Highway, Suite 115
Chattanooga, TN 37363
wnthomas@twtlawfirm.com
mthomas@twtlawfirm.com
*Attorneys for Plaintiff*

FLORES LAW OFFICE
Robin R. Flores
4110 Brainerd Road, Suite A
Chattanooga, TN 37411
robin@robinfloreslaw.com
*Attorney for Plaintiff*

SUMMER, RUFOLO & RODGERS, P.C.
Jeffrey W. Rufolo
735 Broad Street, Suite 800
Chattanooga, TN 37402
jrufolo@summersfirm.com
*Attorneys for Plaintiff*

OLIVER BELL GROUP
Alyson Oliver
50 W. Big Beaver Road, Suite 200
Troy, MI 48084

2

Notifications@olivergroup.com
*Attorneys for Plaintiff*

MICHEL & WARD, P.C.
Alix Michel
David J. Ward

735 Broad Street, Suite 406
Chattanooga, TN 37402
alix@michelandward.com
david@michelandward.com
*Attorneys for Meigs County Government*

This the 12th day of August, 2026.


/s/ Bryan Hoss_____
BRYAN H. HOSS