| | | |
|---|---|---|
| TABITHA MARIE SMITH (Deceased) | § | |
| (aka Tabatha Marie Colbaugh), | § | |
| by and through her surviving children | § | |
| NATHAN ALEXANDER SMITH, | § | |
| JE through next friend JH, | § | No. 1:24-cv-151-DCLC-CHS |
| NR through next friend SR, and | § | |
| LC through next friend EH, | § | |
| | § | |
| and | § | |
| | § | |
| NATHAN ALEXANDER SMITH, | § | |
| NR through next friend SR, | § | |
| JE through next friend JH, | § | |
| and | § | |
| LC through next friend EH, | § | |
| (individually), | § | |
| | § | |
| *Plaintiffs,* | § | |
| | § | |
| ~V~ | § | |
| | § | |
| MEIGS COUNTY, and | § | |
| | § | |
| ESTATE OF ROBERT J. LEONARD (Deceased), | § | |
| by and through Neal Pinkston as | § | |
| Administrator *ad Litem*, | § | |
| | § | |
| *Defendants*. | § | |

## REQUEST FOR ENTRY OF DEFAULT

Comes Now NR through next friend SR, JE through next friend JH, and LC through next friend EH, and hereby requests the Clerk to enter a default against the Defendant Meigs County on the basis that the record in this case demonstrates that there has been a failure to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure.

Respectfully Submitted,

Date: August 12, 2026

*/s/Alyson Oliver*
Attorney for Plaintiffs NR through next
friend SR, JE through next friend JH, and
LC through next friend EH

## Certificate of Service

I certify that I served a copy of this request for entry of default to all persons listed on the

CM/ECF platform in this case on August 12, 2026

Date: August 12, 2026

*/s/Alyson Oliver*

TABITHA MARIE SMITH (Deceased) §
(aka Tabatha Marie Colbaugh), §
by and through her surviving children §
NATHAN ALEXANDER SMITH, §
JE through next friend JH, §        No. 1:24-cv-151-DCLC-CHS
NR through next friend SR, and §
LC through next friend EH, §
 §
and §
 §
 §
NATHAN ALEXANDER SMITH, §
NR through next friend SR, §
JE through next friend JH, §
and §
LC through next friend EH, §
(individually), §
 §
*Plaintiffs,* §
 §
~V~ §
 §
MEIGS COUNTY, and §
 §
ESTATE OF ROBERT J. LEONARD (Deceased), §
by and through Neal Pinkston as §
Administrator *ad Litem*, §
 §
*Defendants*. §

## AFFIDAVIT IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT

I, Alyson Oliver, under the penalty of perjury state that following facts based on my own personal knowledge, information and belief.

1. I am the attorney of record for Plaintiffs NR through next friend SR, JE through next friend JH, and LC through next friend EH.

2. On September 23, 2025 Plaintiffs filed the Fourth Amended Complaint against the Defaulting Party. See ECF No. 102.

3. The Court Ordered Defendant Meigs County to serve a responsive pleading on or before August 7, 2026.  See ECF No. 154.

4. More than the time permitted has elapsed, and the Defaulting Party has failed to answer, move, or otherwise respond to the operative pleading.

August 12, 2026

_Alyson Oliver_
_____
Alyson Oliver