# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
## AT CHATTANOOGA

| | | |
|---|---|---|
| NATHANIEL ALEXANDER SMITH et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 1:24-CV-00151-7-DCLC-CHS |
| MEIGS COUNTY and ESTATE OF ROBERT J. LEONARD, by and through Neal Pinkston as Administrator ad litem, | ) ) ) ) | |
| Defendants. | ) | |

## MEIGS COUNTY'S RESPONSE AND MOTION TO STIRKE PLAINTIFFS' MOTION FOR DEFAULT

Defendant MEIGS COUNTY, through counsel, and pursuant to Federal Rule of Civil procedure 55(a) hereby files the instant Response and Motion to Strike Plaintiffs' Motion for Default (DOC 167 and DOC 168) and states as follows:

## FACTS

Plaintiffs' Motions should be stricken and denied because MEIGS COUNTY has been actively defending this lawsuit since its inception including but not limited to the following activity:

- Four Amended Complaints have been filed by the Plaintiffs in this cause and MEIGS COUNTY has filed motions to dismiss each one.

- MEIGS COUNTY participated in submitting a Joint Rule 26(f) Report and Discovery Plan (DOC 88)

- MEIGS COUNTY served initial Rule 26 disclosures (DOC 93) and supplemented same in this cause.

1

- MEIGS COUNTY has responded to written discovery from the Plaintiffs including requests for production, requests for admission and interrogatories.

- MEIGS COUNTY has participated in multiple "meet and confer" conferences to attempt to resolve discovery disputes with the Plaintiffs.

- MEIGS COUNTY has produced its Sheriff, its Chief Deputy and a Corporate 30(b)(6) representative for depositions in this cause.

- MEIGS COUNTY has disclosed experts in this cause (DOC 159, DOC 160, and DOC 162).

- MEIGS COUNTY has noticed the deposition of the Plaintiffs' expert in this cause and it is scheduled to be taken on September 2, 2026 (DOC 157).

- MEIGS COUNTY has participated in scheduling conferences convened by the Court. In fact, earlier today, August 12, 2026, and several hours before the Plaintiffs' Motions for Default were filed, MEIGS COUNTY participated in a conference convened by Magistrate Christopher Steger to discuss a pending motion to permit the disclosure of an additional expert. At no time during that conference did the Plaintiffs' advise the Court of any conduct by MEIGS COUNTY delaying these proceedings or thwarting any judicial proceeding. In fact, Counsel Paul Matouka represented to the Court that there were difficulties getting the remaining depositions scheduled but it in no way was that a reflection on any of the parties efforts herein. It was due to the number of schedules involved.

- An Order Granting in Part and Denying in part MEIGS COUNTY's Motion to Dismiss the Fourth Amended Complaint was entered on July 17, 2026 and

directed that MEIGS COUNTY Answer the Fourth Amended Complaint on or before August 7, 2026. (DOC 154). Unfortunately, the response date was inadvertently calendared for August 14, 2026 and MEIGS COUNTY did not timely file an Answer.

- MEIGS COUNTY has actively participated in these proceedings and has not intentionally tried to thwart any proceedings herein. Nor has MEIGS COUNTY exhibited any bad faith (for example, it participated in a Court Ordered Conference hours before the Plaintiffs' Motions were filed). This was simply a mis-calendared date and MEIGS COUNTY is preparing an Answer to the Fourth Amended Complaint to be filed on August 13, 2026.

- Undersigned Counsel is scheduled to commence a Federal Trial in the Eastern District on August 18, 2026 before Magistrate Mike Dumitru in Case # 1:23-cv-MJD and those ongoing trial preparations contributed to Counsel's inability to catch the calendaring error.

Based on the above, and the applicable law, MEIGS COUNTY requests that the Plaintiffs' Motions be Denied in full.

**MEMORANDUM OF LAW**

Federal Rule of Civil Procedure 55(a), states that "[w]hen a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default." Fed. R. Civ. P. 55(a). **The Plaintiffs' motions do not show that MEIGS COUNTY has failed to otherwise defend this cause and the ECF record confirms MEIGS COUNTY's participation in defending this matter.**

**In addition, Rule 55(a)'s "otherwise defend" language is intended to encompass situations in which a party, rather than answering, initially responds with a motion under Rule 12(b).** *Hartford Fire Ins. Co. v. CMC Constr. Co., Inc.*, No. 3:06-cv -11, 2008 WL 11342638, at \*2, n. 2 (E.D. Tenn. July 23, 2008) (citing *Sandoval v. Bluegrass Reg'l Mental Health-Mental Retardation Bd.*, No. 99-5018, 2000 WL 1257040, at \*5 (6th Cir. July 11, 2000) ("[A]lthough [defendant] did not file an answer to [the] complaint, she did 'otherwise defend' herself with a motion to dismiss for failure to effect service."))(emphasis added).

In the instant case, MEIGS COUNTY has not only filed *several* motions to dismiss the various Complaints filed by the Plaintiffs, but the most recent motion was granted in part (DOC 154). In addition, MEIGS COUNTY has defended this case for over two years, participated in discovery, retained and disclosed experts, and participated in Court conferences, all reflected in the ECF record. The failure to file an Answer by August 7, 2026 was simply due to a mis-calendared date and MEIGS COUNTY is preparing an Answer to the Fourth Amended Complaint to be filed on August 13, 2026.

Based on the above, MEIGS COUNTY respectfully requests that its Objection and Motion to Strike Plaintiffs' Motions for Default be Granted and that the Plaintiffs' Motions be denied in full.

Respectfully submitted,

MICHEL AND WARD, P.C.

By: /S/ Alix C. Michel
      **Alix C. Michel (BPR No. 024243)**
      **David J. Ward (BPR No. 013449)**
735 Broad Street, Suite 406
Chattanooga, Tennessee 37402
Telephone: 423.602.9522
Facsimile: 423.265.9524
*Attorneys for Defendant MEIGS COUNTY*

4