TABITHA MARIE SMITH (Deceased), )
(aka Tabitha Marie Colbaugh), )
by and through her surviving children )
NATHAN ALEXANDER SMITH, )    **No. 1:24-CV-151-DCLC-CHS**
JE through next friend JH, )
NR through next friend SR, and )    **JURY DEMAND**
LC through next friend EH, )
    )
and )
    )
NATHAN ALEXANDER SMITH, )
NR through next friend SR, )
JE through next friend JH, and )
LC through next friend EH, )
(individually), )
    )
    *Plaintiffs,* )
    )
vs. )
    )
MEIGS COUNTY and )
ESTATE OF ROBERT J. LEONARD (Deceased) )
by and through Neal Pinkston as )
Administrator *ad Litem*, )
    )
    *Defendants.* )

---

### DEFENDANT ESTATE OF ROBERT J. LEONARD'S NOTICE OF SUPPLEMENTAL EXPERT DISCLOSURES

---

**COMES NOW**, the Defendant, the Estate of Robert J. Leonard (hereinafter referred to as "the Estate" or "Deputy Leonard"), by and through undersigned counsel, Bryan H. Hoss, pursuant to Fed. R. Civ. P. Rule 26(a)(2) and hereby submits notice of their retained and non-retained supplemental expert(s) as follows:

Defendant Estate adopts and incorporates Defendant Meigs County's Notice of retained and non-retained expert disclosure(s) found at ECF Doc. 163. Defendant Estate relies upon the Report,

1

CV, subject matter, summaries, and any and all exhibits submitted by Meigs County with said notices

found in ECF Doc. 163. Specifically, Defendant Estate notices the following:

1.       James R. McGee
      Metadata Forensics, LLC
      233 12th Street, Suite 509
      Columbus, GA 31901
      james@metadataforensics.com
      (706) 617 – 4227

Note: Defendant Meigs County is also disclosing Mr. McGee as a retained expert in the field of accident reconstruction. Defendant Estate has not retained Mr. McGee. Mr. McGee's CV and complete report is being provided by Defendant Meigs County to the Plaintiffs as Exhibits to their Notice found in ECF Doc. 163. Defendant Estate of Leonard relies on, adopts and incorporates Meigs County's expert disclosure and exhibits related to Mr. McGee's facts, opinions and testimony as their own.

Respectfully Submitted,

**DAVIS & HOSS, P.C.**

/s/ Bryan Hoss_____
Bryan H. Hoss, BPR #021529
Edith Logan Davis, BPR# 038138
850 Fort Wood Street
Chattanooga, TN 37403
(423) 266-0605
(423) 266-0687 – fax
*Attorneys for Estate of Robert J. Leonard*

2

**CERTIFICATE OF SERVICE**

       I hereby certify that a copy of the foregoing pleading was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

| | |
|---|---|
| THOMAS & THOMAS<br>W. Neil Thomas, III<br>Michael Mason Thomas<br>6148 Lee Highway, Suite 115<br>Chattanooga, TN 37363<br>wnthomas@twtlawfirm.com<br>mthomas@twtlawfirm.com<br>*Attorneys for Plaintiff* | SUMMER, RUFOLO & RODGERS, P.C.<br>Jeffrey W. Rufolo<br>735 Broad Street, Suite 800<br>Chattanooga, TN 37402<br>jrufolo@summersfirm.com<br>*Attorneys for Plaintiff* |
| FLORES LAW OFFICE<br>Robin R. Flores<br>4110 Brainerd Road, Suite A<br>Chattanooga, TN 37411<br>robin@robinfloreslaw.com<br>*Attorney for Plaintiff* | OLIVER BELL GROUP<br>Alyson Oliver<br>50 W. Big Beaver Road, Suite 200<br>Troy, MI 48084<br>Notifications@olivergroup.com<br>*Attorneys for Plaintiff* |
| | MICHEL & WARD, P.C.<br>Alix Michel<br>David J. Ward<br>735 Broad Street, Suite 406<br>Chattanooga, TN 37402<br>alix@michelandward.com<br>david@michelandward.com<br>*Attorneys for Meigs County Government* |

This the 13 day of August, 2026.


/s/ Bryan Hoss_____
BRYAN H. HOSS

3