**EXPERT REPORT OF JAMES R. MCGEE**
**FEDERAL RULE OF CIVIL PROCEDURE 26(a)(2)(B)**

## I.     ASSIGNMENT AND SCOPE

I have been retained by Meigs County to conduct a digital-forensic examination of data extracted from the Apple iPhone associated with Deputy Robert J. Leonard and to determine what, if anything, the available digital evidence establishes about the motion state of that iPhone at the time an outgoing message containing the word "arrest" was transmitted to Deputy Leonard's wife on February 14, 2024.

I received a forensic extraction of the subject iPhone. The extraction was identified as follows: Apple iPhone 14 Plus, iOS 17.1.2, Full File System (FFS) Extraction, 00008110-000A51D8028A201E_files_full.zip, 76.40GB (80958719867 bytes), SHA256 ad780c7627a6964cf81d675f1f28376646e82e301b6de83a226793113b02761b.

My assignment is limited to mobile-device and digital-forensic issues. I do not offer opinions concerning accident reconstruction, human factors, police practices, negligence, legal standards, or the ultimate cause of the incident.

## II. QUALIFICATIONS

I am the Director of Digital Forensics Research and a Senior Digital Forensic Examiner with Metadata Forensics, LLC. I previously served as a United States Army Criminal Investigation Division Special Agent and Digital Forensic Examiner. I have conducted or supervised numerous digital forensic examinations involving Apple iPhones, mobile operating systems, application databases, timestamps, deleted data, Apple Health data, call logs, and other Apple artifacts. I have more than 900 hours of digital-forensic training and hold or have held certifications that include Cellebrite Certified Physical Analyst, Cellebrite Certified Operator, Magnet Certified Forensics Examiner, Magnet Certified Mac Examiner, Magnet Certified Cloud Examiner, Magnet Certified

**EXHIBIT B**

Video Examiner, DoD Digital Forensic Examiner, DoD Cyber Crime Investigator, and USACIDC Certified Digital Forensic Examiner.

I have been qualified as an expert in digital forensics in federal court and military trial proceedings. My curriculum vitae is attached as Exhibit A and is incorporated into this report. Section X below identifies the matters in which I have testified as an expert during the preceding four years, based on my current records.

## III. FACTS AND DATA CONSIDERED

In forming the opinions stated in this report, I considered the following facts and data:

• The forensic extraction of Deputy Leonard's iPhone received, including the extraction metadata and chain-of-custody information;

• The Apple Messages data and associated metadata reflecting an outgoing message containing the word "arrest" to Deputy Leonard's wife at approximately 10:03:12 p.m. local time on February 14, 2024;

• The Apple Unified Log data made available through the recent extraction/parsing capability described below, including entries relevant to the iPhone's motion or stationary state during the interval surrounding the message;

• The device clock, time-zone, and timestamp-conversion information necessary to place the message and Unified Log entries on a common timeline;

• The specific Apple Unified Log record reflecting the relevant motion-state classification, including its associated metadata such as subsystem, category, timestamp, and related fields, reviewed to determine the record's provenance, meaning, and reliability;

• The output of forensic software and parsing tools, including iLEAPP, LAVA, Cellebrite Physical Analyzer, and Magnet Axiom; and validation results obtained by comparing the motion-state artifacts previously reported by Cellebrite with the Unified Log subsystem

and category information made available through the updated iLEAPP processing methodology.

## IV. METHODOLOGY

My methodology followed generally accepted mobile-device forensic practices designed to preserve source data, document the examination, correlate timestamps, and validate material findings. The principal steps were as follows:

- Preserved and examined the received extraction in a manner intended to avoid altering the source data, and confirmed the extraction's identifying information and available hash values;

- Reviewed the extraction with industry-standard mobile-device forensic software and, where appropriate, manual review of underlying files and databases;

- Applied a recently released or updated capability that permits additional extraction, recovery, or parsing of Apple iPhone Unified Logs beyond what was available in the earlier forensic output;

- Identified the message record containing the word "arrest," including the message timestamp, direction, recipient, and available associated metadata;

- Identified Unified Log entries reflecting the relevant iPhone motion-state information during the period surrounding the message;

- Converted and normalized all material timestamps to a common time reference, accounting for source-specific timestamp conventions, time zone, and daylight-saving settings as applicable;

- Correlated the message timestamp with the time interval represented by the Unified Log entries; and

• Validated the material result through an updated Unified Log processing methodology that exposed the associated subsystem and category information, allowing comparison and confirmation of the provenance and reliability of the motion-state artifact previously reported by Cellebrite Physical Analyzer.

The specific forensic software and version used for the updated Unified Log extraction or parsing were: iLEAPP Version 2026.3.0 (released 2026), which added support for extraction, processing, and categorization of Apple Unified Logs from Full File System (FFS) extraction data. The processed Unified Log data was reviewed using LAVA (LEAPP Artifact Viewer App), Version 0.14.0. This updated processing and review were first applied on July 30, 2026.

The material finding was independently checked by: Direct examination and correlation of the underlying Apple Unified Log records using the newly implemented Unified Log processing capabilities in iLEAPP Version 2026.3.0 and review in LAVA Version 0.14.0. This review provided the originating subsystem and category information necessary to validate the motion-state artifacts previously identified, but not then independently verifiable, using Cellebrite Physical Analyzer.

## V. RELEVANT DIGITAL EVIDENCE

The message data reflect an outgoing communication containing the word "arrest" sent from the subject iPhone to Deputy Leonard's wife at approximately 10:03:12 p.m. local time on February 14, 2024. The precise database field, raw timestamp, converted timestamp, and relevant record identifier are: /private/var/mobile/Library/SMS/sms.db, ROWID 14834, Globally Unique Identifier (GUID) F05C9604-E5A5-49DE-9AC9-FB5F55CE2FD9, raw timestamp 729654899 2257999872, normalized timestamp 10:03:12 p.m., Feb. 14, 2024, UTC-5.

The newly readily-reviewable Unified Log data included entries encompassing the relevant time that classify or otherwise indicate the iPhone's motion state as stationary. The pertinent log source, subsystem/category, row number, event field, beginning time, and raw values are: /usr/libexec/symptomsd, com.apple.symptomsd / motion, row number 3309542, "Motion State Transition: Vehicular->Stationary (stationary:0->1 moving:1->0), 10:01:15 p.m., Feb 14, 2024, and 2024-02-15 03:01:15 (UTC+0).

After normalizing the time references, the message timestamp falls within the stationary interval reported by the Unified Log evidence. The correlation is shown in the following table:

| Event | Raw timestamp/value | Normalized local time | Forensic significance |
|---|---|---|---|
| Unified Log stationary interval begins | 03:01:15 (UTC+0), Feb. 15, 2024 | 10:01:15 p.m., Feb 14, 2024 | Beginning of stationary device-state interval |
| Outgoing "arrest" message | 03:03:12 (UTC+0), Feb. 15, 2024 | 10:03:12 p.m., Feb. 14, 2024 | Message timestamp falls within stationary interval |
| Unified Log stationary interval ends | 03:03:48 (UTC+0), Feb. 15, 2024 | 10:03:48 p.m., Feb. 14, 2024 | End of stationary device-state interval |

## VI. OPINIONS

1. **Stationary device-state opinion.** Within a reasonable degree of digital-forensic certainty, the Apple iPhone associated with Deputy Robert J. Leonard was in a stationary device state during the time interval encompassing the transmission of the outgoing message containing the word "arrest" at approximately 10:03:12 p.m. on February 14, 2024.

2. **Meaning of the opinion.** The opinion is limited to the iPhone's motion state as reflected by the available Unified Log evidence. The word "stationary" describes the device-state classification or motion indication in the data.

3. **Message-entry limitation.** The message artifact and the stationary-device evidence do not, standing alone, establish whether the message was manually typed, entered through dictation or voice-to-text, generated through a hands-free interface, selected from a

suggested response, or transmitted by another available method. Nor do those artifacts alone establish who physically handled the device, or where that person was looking,

**4. Contrary inference not supported by the message timestamp alone.** The existence and timestamp of the outgoing "arrest" message, standing alone, do not establish that the iPhone was moving at the moment of transmission. The additional Unified Log evidence supports the opposite device-state conclusion for the relevant interval.

## VII. BASIS AND REASONS FOR THE OPINIONS

The opinions above are based on the correlation of two independent categories of data from the same iPhone: (1) the message record and associated timestamp; and (2) the Unified Log evidence reporting the iPhone's stationary motion state. The recent forensic capability provided access to additional Unified Log information that was not previously available in the earlier forensic output. After the material timestamps were normalized to a common time reference, the "arrest" message timestamp fell within the Unified Log interval indicating that the iPhone was stationary. The contextual entries before and after the relevant interval were reviewed to assess continuity and reduce the risk of interpreting an isolated or stale entry out of context.

This conclusion depends on the integrity of the received extraction, the accuracy of the underlying device records, the proper conversion of timestamps, and the correct interpretation of the relevant Unified Log fields. My validation procedures and the limitations stated in this report are intended to address those considerations. The opinion is subject to revision if materially different source data, extraction metadata, time-zone information, or validated parsing results are later produced.

## VIII. EXHIBITS TO SUMMARIZE OR SUPPORT THE OPINIONS

The following materials are expected to be used to summarize or support the opinions:

• Exhibit A - Curriculum Vitae of James R. McGee;

- Exhibit B - Redacted or appropriately protected excerpt of the message record containing "arrest," including the material timestamp and record identifier;

- Exhibit C - Redacted or appropriately protected excerpt of the Unified Log entries showing the stationary device-state interval; and

- Exhibit D - Correlation timeline comparing the message timestamp with the Unified Log stationary interval.

**[EXHIBITS ATTACHED]**

## IX. PUBLICATIONS AUTHORED DURING THE PRECEDING TEN YEARS

- "Empirical Assessment of Apple Health Activity Data: Accuracy, Granularity, and Database Artifacts" The Metadata Perspective (May 19, 2026).

- "Hello! Who is on the Line?" The Metadata Perspective (Feb. 5, 2025).

- "Beyond the Logs: Using the Health App to Uncover Device Model and OS History." The Metadata Perspective (Jan. 30, 2025).

- "Sleepless in Cupertino: A Forensic Dive into Apple Watch Sleep Tracking." The Metadata Perspective (Aug. 1, 2024).

- "Apple Watch - Worn Data Analysis." The Metadata Perspective (May 20, 2024).

- "Siri's Memory Lane: Exploring the siriremembers Database." The Metadata Perspective (Jan. 29, 2024).

- "Reviewing the New iOS Apple Health Workout Artifact Through Magnet AXIOM 7.3." The Metadata Perspective (Aug. 17, 2023).

- "Apple Fitness Workout Location Data: Leveraging the healthdb_secure.sqlite Database." The Metadata Perspective (June 21, 2023).

- "Lagging for the Win: Querying for Negative Evidence in the sms.db." Belkasoft (Mar. 20, 2023).

- "Enriching Investigations with Apple Watch Data Through the healthdb_secure.sqlite Database." DFRWS (Jan. 5, 2023).

- "Maximizing iOS Call Log Timestamps and Call Duration Effectiveness: Will You Answer the Call?" (Nov. 30, 2022).

- "An Alternate Location for Deleted SMS/iMessage Data in Apple Devices." DFRWS (Nov. 3, 2022).

- "Manual Verification of Absolute Time (Double) Values: Timestamps and Other Usages." (Nov. 4, 2022).

- "An Initial Review of the Apple iPhone App Privacy Report." (Oct. 19, 2022).

My attached curriculum vitae provides descriptions of these publications and additional professional presentations, tools, training, and qualifications.

## X. EXPERT TESTIMONY DURING THE PRECEDING FOUR YEARS

Based on my current records, I testified as an expert at trial, at a hearing, or by deposition in the following matters during the four years preceding this report:

- United States v. D. Banks, U.S. Army Trial Judiciary, First Judicial Circuit, Fort Gregg-Adams - qualified expert in digital forensics at trial, Apr. 25, 2025.

- United States v. D. Pratt, U.S. Army Trial Judiciary, Third Judicial Circuit, Fort Moore - qualified expert in digital forensics at motions hearing, Aug. 7, 2024.

- United States v. T. Bates, U.S. Army Trial Judiciary, Sixth Judicial Circuit, Joint Base Lewis-McChord - qualified expert in digital forensics at motions hearing, Mar. 18, 2024.

- United States v. L. Thomas, U.S. Army Trial Judiciary, Second Judicial Circuit, Fort Liberty - qualified expert in digital forensics at trial, Feb. 19, 2024.

- United States v. E. Elviro-Torres, U.S. Army Trial Judiciary, Third Judicial Circuit, Fort Moore - qualified expert in digital forensics at motions hearing, Jan. 30, 2024.

- United States v. V. Pineda, U.S. Army Trial Judiciary, Second Judicial Circuit, Fort Liberty - qualified expert in digital forensics at trial, Jan. 11, 2024.
- United States v. D. Saine, U.S. Army Trial Judiciary, Third Judicial Circuit, Fort Johnson - qualified expert in digital forensics at motions hearing, Oct. 11, 2023.
- United States v. M. Rivera-Lopez, U.S. Army Trial Judiciary, Second Judicial Circuit, Fort Liberty - qualified expert in digital forensics at motions hearing, Nov. 8, 2022.

The foregoing list must be verified against all deposition and trial testimony records before service:

## XI. COMPENSATION

My compensation for work in this matter is **$400.00 PER HOUR FOR REVIEW/ANALYSIS/REPORT PREPARATION**, **$450.00 PER HOUR FOR DEPOSITION TESTIMONY**, and **$450.00 FOR TRIAL TESTIMONY**, plus reasonable travel time, travel expenses, and other case-related expenses under my engagement agreement. My compensation is not contingent on the substance of my opinions or the outcome of the case.

## XII. LIMITATIONS AND SUPPLEMENTATION

Digital-forensic analysis is dependent on the data that was preserved and made available. A finding that the iPhone was in a stationary device state does not identify the person who possessed or operated the iPhone, or the method by which the message was entered. Unified Log entries can also be affected by operating-system behavior, log retention, collection scope, and parser support. These limitations are accounted for by reviewing source context, normalizing timestamps, validating material fields, and avoiding conclusions beyond the data.

I reserve no right to offer undisclosed opinions. If I receive additional facts or data that materially add to or change the information in this report or my deposition testimony, I will provide a timely supplemental report or correction consistent with Federal Rule of Civil Procedure 26(e).

## XIII. CERTIFICATION AND SIGNATURE

I declare that this report states the opinions I presently expect to express, together with the bases and reasons for them, the facts and data I considered, the exhibits expected to be used to summarize or support the opinions, my qualifications and publications, my expert-testimony history for the preceding four years, and my compensation. I have reviewed this report, made any corrections necessary to ensure that it accurately reflects my own analysis and opinions, and adopt it as my report.


**James R. McGee**
Metadata Forensics, LLC
Date: **August 5, 2026**

# James R. McGee

Metadata Forensics, LLC
233 12th Street, Suite 509
Columbus, GA  31901
james@metadataforensics.com
706-617-4227

## Professional Profile:

Reliable and passionate Digital Forensic Examiner with Metadata Forensics with extensive working knowledge in complex digital forensic examinations, felony investigations, interviews and interrogations, and crime scene examinations. Former U.S. Army Criminal Investigation Division Special Agent and Digital Forensic Examiner. Extensive history in providing guidance regarding digital forensics and providing expert advice to senior officials on all aspects of computer crime investigations. Engaged and active contributor in the Digital Forensic Incident Response community. A versatile leader with excellent written and oral communication skills and comprehensive knowledge of the Uniform Code of Military Justice and military operations during a nine-year career in the United States Army.

## Core Qualifications:

- DoD Certified Cyber Crime Investigator *(Prior)*
- USACIDC Certified Digital Forensic Examiner *(Prior)*
- Cellebrite Advanced Smartphone Analysis (CASA)
- Complex Computer and Cyber Investigations
- Conducted Sensitive/Serious Investigations
- Digital Evidence Preservation/Collection
- Execution of Subpoenas and Search Warrants
- Strong Verbal and Written Communication
- Over 900 hours of Digital Forensic Training
- DoD Certified Digital Forensic Examiner *(Prior)*
- DoD Certified Digital Media Collector *(Prior)*
- Cellebrite Certified Physical Analyst (CCPA)
- Magnet Certified Forensics Examiner
- Magnet Certified Cloud Examiner
- Magnet Certified Mac Examiner
- Magnet Certified Video Examiner
- TS/SCI Security Clearance

## Experience:

**Director of Digital Forensics Research**
**Senior Digital Forensic Examiner**
January 2025 to Present
**Metadata Forensics, LLC**
- Oversee and lead a digital forensics team in conducting thorough examinations.
- Develop and implement strategies for digital forensic research projects.
- Collaborate with stakeholders to support criminal and civil digital forensic examinations.
- Stay abreast of the latest digital forensic tools, technologies, and methodologies to ensure the team's capabilities remain at the forefront of the industry.
- Conduct research and publish findings to contribute to the body of knowledge in digital forensics.
- Train and mentor team members to enhance their skills and knowledge in digital forensic techniques.
- Develop procedures and recommendations to guide digital forensic practices within the organization.
- Provide thorough and accurate digital investigation services in both civil and criminal legal matters using state of the art technologies and forensic science techniques.
- Conduct forensically sound digital data examinations, collect, and document all relevant information, maintain chain-of-custody, and write detailed reports of finding.
- Provide expert consultation and testimony in legal matters when required.

**Digital Forensic Examiner**
January 2023 to January 2025
**Metadata Forensics, LLC**
- Provide thorough and accurate digital investigation services in both civil and criminal legal matters using state of the art technologies and forensic science techniques.
- Conduct forensically sound digital data examinations, collect and document all relevant information, maintain chain-of-custody, and write detailed reports of finding.
- Provide expert consultation and testimony in legal matters when required.

Case 1:24-cv-00151-DCLC-CHS    Document 170-1    Filed 08/13/26    Page 11 of 19    PageID #: 1667


EXHIBIT A

**Special Agent - Digital Forensic Examiner**
January 2021 to January 2023
**Cyber Directorate, Digital Forensics – East, Fort Benning DFE Cell**
• Planned, developed, and conducted over 70 digital forensic examinations, consisting of over 100 pieces of evidence, totaling over 20,000 Gigabytes of data.
• Displayed experienced leadership while stepping into a role reserved for a Senior Warrant Officer and produced exceptional results during this time in command. This was furthered in a consistent recognition of leadership ability by higher headquarters and subordinate units for steadfast leadership and direction of examinations.
• Testified in criminal trials as an expert witness and assisted numerous times in trial preparation.
• Reviewed and prepared digital forensic examination reports of felony criminal investigations.
• Processed, analyzed, and examined complex data from numerous device manufactures and operating systems.
• Extensive experience with industry standard forensic tools such as EnCase, Cellebrite, Magnet Axiom, GrayShift, FTK Imager, and open-source software.
• Created and provided training and guidance on digital forensics to all assigned agents of the Southern Field Office.
• Dedicated over 100 hours of personal time to the further development of technical articles which were made available to the digital forensic community around the world.

**Special Agent**
November 2017 to January 2021
**U.S. Army Criminal Investigation Command, 10th MP Battalion (CID), Fort Gordon CID Office**
• Investigated felony offenses for Department of the Army with 95% solve rate, in direct support of the U.S. Army Cyber Command and the Fort Gordon Military community.
• Responsible for the conduct of felony investigations including interviews of victims, witnesses, and subjects; processing crime scenes; evaluation of evidence; preparing administrative reports; and testifying before courts and boards.
• Held DoD Certified Digital Forensic Examiner certification while conducting or immediately overseeing over 46 cellular phone extractions, created and provided training on digital forensics to all assigned agents at the Fort Gordon CID Office, and served as the liaison between the office and the Fort Bragg DFE Cell.
• Testified three times in federal court as well as court martial proceedings.
• Performed appointed duties of Alternate Evidence Custodian, Unit Safety Officer, Lead for Motorcycle Mentorship Program, COMSEC, Alternate Voting Assistance Officer, Alternate Recruiting Coordinator, and Alternate Security Manager.
• Maintained liaison with supported commanders, Staff Judge Advocate, civilian and international law Enforcement.

**Geospatial Engineer Sergeant**
September 2014 to June 2017
**United States Army, 1ˢᵗ Cavalry Division, Division Artillery, HHB**
• Planned, collected, evaluated, and supervised the production of geospatial products.
• Provided detailed geospatial analysis products for 1ˢᵗ Cavalry Division, Division Artillery and subordinate elements.
• Responsible for the maintenance and accountability of geospatial equipment.
• Facilitated activities pertaining to training on Digital Geospatial Information Systems with geospatial products.

Education:

_____

• Bachelor of Arts, Business Management (3.45 GPA), May 14, 2011
    Grove City College, 100 Campus Drive, Grove City, PA  16127

Job-Related Certifications / Licensure:

_____

• Magnet Certified Cloud Examiner, Recertified June 3, 2026
• Magnet Certified Forensics Examiner, Recertified June 2, 2026
• Cellebrite Certified Physical Analyst, Recertified October 3, 2025
• Cellebrite Certified Operator, Recertified October 2, 2025
• Cellebrite Advanced Smartphone Analysis Certification, February 7, 2024
• Magnet Certified Mac Examiner, Recertified November 8, 2024
• Magnet Certified Video Examiner, Recertified November 5, 2024
• DoD Cyber Crime Investigator, June 24, 2022
• USACIDC Certified Digital Forensic Examiner, March 25, 2021
• DoD Digital Forensic Examiner, August 30, 2019

_____

Email: james@metadataforensics.com

Case 1:24-cv-00051-DCLC-CHS     Document 170-1     Filed 08/13/25     Page 12 of 19
PageID #: 1668

## Witness Testimony as an Expert at Trial or Motions:

- Qualified Expert in Digital Forensics – U.S. v. D. Banks *(U.S. Army Trial Judiciary, First Judicial Circuit, Fort Gregg-Adams)* April 25, 2025

- Qualified Expert in Digital Forensics – Motions, U.S. v. D. Pratt *(U.S. Army Trial Judiciary, Third Judicial Circuit, Fort Moore)* August 7, 2024

- Qualified Expert in Digital Forensics – Motions, U.S. v. T. Bates *(U.S. Army Trial Judiciary, Sixth Judicial Circuit, Joint Base Lewis-McChord)* March 18, 2024

- Qualified Expert in Digital Forensics – U.S. v. L. Thomas *(U.S. Army Trial Judiciary, Second Judicial Circuit, Fort Liberty)* February 19, 2024

- Qualified Expert in Digital Forensics – Motions, U.S. v. E. Elviro-Torres *(U.S. Army Trial Judiciary, Third Judicial Circuit, Fort Moore)* January 30, 2024

- Qualified Expert in Digital Forensics – U.S. v. V. Pineda *(U.S. Army Trial Judiciary, Second Judicial Circuit, Fort Liberty)* January 11, 2024

- Qualified Expert in Digital Forensics – Motions, U.S. v. D. Saine *(U.S. Army Trial Judiciary, Third Judicial Circuit, Fort Johnson)* October 11, 2023

- Qualified Expert in Digital Forensics – Motions, U.S. v. M. Rivera-Lopez *(U.S. Army Trial Judiciary, Second Judicial Circuit, Fort Liberty)* November 8, 2022

- Qualified Expert in Digital Forensics – U.S. v. C. Caudle (United States District Court, Southern District of Georgia) October 4 – 8, 2021

## Professional Presentations:

Leveraging Fitness Data, presented at Oxygen Forensic's 2024 International User Summit.

Selected to brief during the 2022 Computer Crime and Digital Forensic Training Forum on own original work, Biome AppIntents – An Alternate Location for Deleted SMS/iMessage Data in Apple Devices.

## Digital Forensic Tool Creation:

HEART (Health Events & Activity Reporting Tool) by Metadata Forensics, Version 2.1.0.0, Released July 16, 2026
A free-to-use tool which parses Apple Health and Fitness Application data from Apple iPhone extractions in a forensic manner. The primary output is an HTML report and the related databases. The HTML report also supports further exports through CSV or PDF files of data selected within artifacts supported.

KMLer, Version 1.0, Released March 13, 2026
A free-to-use tool which produces KML files from input CSV or XLSX files. Dependent on available data within the input file, this tool can produce KML horizontal accuracy files as well for advanced visualization. Users can specify color and transparency of the KML horizontal accuracy polygons and select attributes for extended data.

Google Location History Data Parser, Version 1.4.1, Released September 26, 2025
A free-to-use tool which parses Google Takeout Location History Timeline Exports or Google Semantic Location History Warrant Return Data in a forensic manner.

Brute Force Dictionary List Generator, Version 1.2.0.1, Released September 26, 2025
A free-to-use tool which supports both 4-digit and 6-digit passcode lists through easy-to-use application navigation.

Published Works:

Formulated practical digital forensic validating experiments based on sound hypothesis, then produced as scholarly journal articles which were either approved for publication at the Digital Forensic Research Workshop (DFRWS.org), The Metadata Perspective, or Belkasoft.

Empirical Assessment of Apple Health Activity Data: Accuracy, Granularity, and Database Artifacts – Published through The Metadata Perspective on May 19, 2026
Synopsis: This article presents an empirical evaluation of Apple Health activity data (Steps, Walking + Running Distance, Flights Climbed) by systematically comparing the primary healthdb_secure.sqlite database with the cache_encryptedC.db. Through controlled experiments across iOS versions, it assesses accuracy, temporal granularity, data storage, and parsing reliability for digital forensic examiners and investigators, offering practical guidance for investigations.

Hello! Who is on the Line? – Published through The Metadata Perspective on February 5, 2025
Synopsis: This article highlights the challenges and solutions in analyzing group call data from iOS devices, where traditional forensic tools may fail to accurately parse such information. Through careful testing and data review, how group call data is stored and can be retrieved is uncovered. By leveraging advanced queries, participant details for group calls that were not readily apparent were successfully extracted and validated. This article emphasizes the importance of adapting forensic methods to uncover hidden data and provides valuable insights for professionals working with mobile device forensics.

Beyond the Logs: Using the Health App to Uncover Device Model and OS History – Published through The Metadata Perspective on January 30, 2025
Synopsis: This article explores both the healthdb_secure.sqlite and healthdb.sqlite databases for data indicating devices possessed by the user, reviews device information hand-in-hand with OS version and timeframes of use, and looks at information pointing to the current device model and OS version.

Sleepless in Cupertino: A Forensic Dive into Apple Watch Sleep Tracking– Published through The Metadata Perspective on August 1, 2024
Synopsis: Currently, there are numerous sleep tracking and monitoring devices available to track, monitor, and quantify sleep patterns for users actively seeking to improve their sleep or just casually review sleep periods. For Apple users who also own an Apple Watch the solution may be on your wrist already. Sleep tracking, as recorded natively through the Apple Watch and the Sleep app, has been available since watchOS 8 and categorized since watchOS 9. This article will review the Sleep app through a digital forensic viewpoint with potential insight into the upcoming Vitals app.

Apple Watch – Worn Data Analysis – Published through The Metadata Perspective on May 20, 2024
Synopsis: The article explores a lesser-known data point in Apple Health that shows when an Apple Watch is worn. This data indicates one-hour time periods when the Watch was worn and time segments when the Watch was not worn, which can be crucial for digital forensic investigations. Detailed here is how SQL queries can be used to obtain these time periods and display them to review "at-a-glance". This data can assist in pattern of life analysis and provide valuable context for expected data recording, such as heart rate data.

Siri's Memory Lane: Exploring the siriremembers Database - Published through The Metadata Perspective on January 29, 2024. Synopsis: The siriremembers.sqlite3 database, simply put, is a combination of Biome and the interactionC database. In this article, we explore this new SQLite database, cover parsing key data through SQL queries, and discuss additional important factors for the future and understanding this database.

Case 1:24-cv-00151-DCLC-CHS    Document 17-31    Filed 08/13/26    Page 14 of 19    PageID #: 1660

Reviewing the new iOS Apple Health Workout Artifact through Magnet AXIOM 7.3 – Published through The Metadata Perspective on August 17, 2023. Synopsis: This article explores Magnet Forensics AXIOM 7.3 new iOS artifact for Apple Health Workout as well as a custom artifact created to parse Workout data.

Apple Fitness Workout Location Data: Leveraging the healthdb_secure.sqlite Database – Published through The Metadata Perspective on June 21, 2023. Synopsis: iOS 16 brought many changes for digital forensics and one, seemingly, unexplored area was the increased wealth of location data stored within the healthdb_secure.sqlite database. The location data is stored within the "location_series_data" table of the database for specific workout activity types initiated on the Apple Watch. The data includes: a series identifier, timestamp, latitude, longitude, altitude, speed, course, horizontal accuracy, vertical accuracy, speed accuracy, course accuracy, and signal environment. This article will explore an initial effective, but inefficient, SQL query correlating location data to the ongoing workout; an effective and efficient SQL query correlating location data to the ongoing workout; and finally, a SQL query which provides an analysis as to the actions likely taken by the user for the initiation, pausing, and completion of workouts.

Lagging for the Win: Querying for Negative Evidence in the sms.db – Published by Belkasoft on March 20, 2023. Synopsis: When sent or received iMessage/SMS/MMS messages are permanently deleted from Apple iPhone's native Messages Application, rows of data are removed from the sms.db – the storage database for the application. When these messages have been removed and data is no longer available, even in the sms.db-wal, this article explores how an examiner/investigator can identify these messages and where they can look for potentially valuable message content. Available for review at https://belkasoft.com/lagging-for-win.

An Alternate Location for Deleted SMS/iMessage Data in Apple Devices – Published at DFRWS.org on November 3, 2022, and a Forensic 4:Cast DFIR Article of the Year 2023 Finalist.
Synopsis: Subjects and persons of interest in criminal investigations are likely to delete data from their devices in an attempt to remove evidence which could be incriminating. With this, the data still present or recoverable on mobile devices can be extremely beneficial to both Law Enforcement Investigators and Digital Forensic Examiners/ Investigators. The sms.db should be reviewed when looking for SMS/iMessage data on an Apple mobile device; however, messages deleted by the user of the device can quickly be overwritten within the database. A new area of focus has been found within Apple devices using iOS 14.0 or later, specifically within the private/var/mobile/Library/ Biome/streams/public/AppIntent/local file path of a Full File System Extraction. *Available for review at https://dfir.pubpub.org/pub/yp6efc8q/release/1.*

Enriching Investigations with Apple Watch Data Through the healthdb_secure.sqlite Database – Published at DFRWS.org on January 5, 2023.
Synopsis: While an Apple Watch itself offers limited extraction options, the paired device can provide significant data for today's criminal investigations. As I will cover, beneficial location data and activity/heart rate data are maintained within the paired device. Knowing where to locate, how to review, and how to display this data in a readable format can provide the picture required to aid investigations. This process additionally allows the validation of data parsed through other software, if available. This article will focus entirely on the data gained from an Apple Watch through a Full File System Extraction/Advanced Logical File System Extraction of the paired Apple iPhone. *Available for review at https://dfir.pubpub.org/pub/xqvcn3hj/release/1.*

Maximizing iOS Call Log Timestamps and Call Duration Effectiveness: Will You Answer the Call? – November 30, 2022 Synopsis: Call Log Artifacts have long been used to link connections between individuals, aided in pattern of life analysis, and utilized in attempts to establish user attribution data. This article will explore call log timestamps within iOS as they are typically parsed as well as establishing a simple and beneficial parsing change which expands the usefulness of these artifacts. Finally, this article will provide an "at a glance" reading of call durations through an advanced query structure.

Case 1:24-cv-00151-DCLC-CHS    Document 17-31    Filed 08/13/25    Page 15 of 19
PageID #: 1665

Manual Verification of Absolute Time (Double) Values: Timestamps and Other Usages – November 4, 2022
Synopsis: While the majority of us are familiar with Absolute Time (Double) Values, less of us understand the conversion from a little-endian double precision 64-bit hexadecimal expression to the number of seconds since midnight, January 1, 2001. This article will fully cover the steps within the conversion process, how to reverse the conversion, and the significance for Digital Forensics.

An Initial Review of the Apple iPhone App Privacy Report – October 19, 2022
Synopsis: According to Apple Support, the App Privacy Report grants visibility to how applications use the privacy permissions granted as well as application network activity. This article will explore data available to review through a Full File System Extraction of an Apple iPhone.

## Job-Related Professional Training:

- Cellebrite Certified Physical Analyst, Recertified October 3, 2025
- Cellebrite Certified Operator, Recertified October 2, 2025
- Cellebrite Instructor Development Course
- Cellebrite Advanced Smartphone Analysis Certification, February 7, 2024
- Time Zone Conversions, Cyber5W Digital Forensics Training, October 5, 2023
- HEX – 150 Mobile Device Preservation, Hexordia Mobile Forensics Training, October 5, 2023
- HEX – 140 Creating Mobile Test Data, Hexordia Mobile Forensics Training, September 25, 2023
- HEX – 111 Mobile Forensics Fundamentals Part 2, Hexordia Mobile Forensics Training, September 25, 2023
- HEX – 110 Mobile Forensics Fundamentals Part 1, Hexordia Mobile Forensics Training, September 25, 2023
- iOS Forensics with Belkasoft, Belkasoft, September 19, 2023
- SQLite Forensics with Belkasoft, Belkasoft, January 25, 2023
- DV200 Digital Video Investigations with DVR Examiner, Magnet Forensics Training, December 1, 2022
- AX350 Magnet AXIOM macOS Examinations, Magnet Forensics Training, November 4, 2022
- AX320 Magnet AXIOM Internet & Cloud Investigations, Magnet Forensics Training, September 9, 2022
- AX300 Advanced Mobile Forensics, Magnet Forensics Training, July 29, 2022
- AX250 Advanced Computer Forensics, Magnet Forensics Training, July 22, 2022
- Forensics and Intrusions in a Windows Environment, Defense Cyber Investigations Training Academy (DCITA), June 24, 2022
- AX100 Forensic Fundamentals, Magnet Forensics Training, May 20, 2022
- Technology Evidence in Domestic Abuse, DCITA, May 6, 2022
- Introduction to Advanced Level Courses encompassing 20 Hours, GrayShift, March 15 – 18, 2022
- Various CyberCasts encompassing 39.5 Hours, DCITA, 2020 – 2021
- Cyber Fundamentals 100, DCITA, November 5, 2021
- Cellebrite Mobile Forensics Fundamentals, August 7, 2020
- Windows Forensic Examinations – EnCase, DCITA, July 31, 2020
- Introduction to Cyber Investigations, DCITA, May 14, 2020
- Cyber Threat and Techniques Seminar Pilot, DCITA, February 28, 2020
- Network Intrusions Basics, DCITA, February 12, 2020
- Digital Data Protection, DCITA, January 31, 2020
- Cyber Incident Response Course, DCITA, August 30, 2019
- Introduction to Networks and Computer Hardware, DCITA, April 11, 2019
- Special Victims Capabilities Course, Fort Leonard Wood, November 8, 2019
- CID Special Agent Advanced Leaders Course, Fort Leonard Wood, November 21, 2018
- Structured Child Interviewing, Fort Leonard Wood, June 13, 2018
- Child Abuse Prevention and Investigative Techniques Course, Fort Leonard Wood, June 8, 2018
- Domestic Violence Intervention Training, Fort Leonard Wood, March 2, 2018
- U.S. Army Criminal Investigation Division Special Agent Course, November 7, 2017
- Basic Leader Course, Fort Hood, April 14, 2016
- Geospatial Engineer Advanced Individual Training, Fort Leonard Wood, September 23, 2014
- Basic Combat Training, Fort Leonard Wood, April 18, 2014

Case 1:24-cv-00153-DCLC-CHS   Document 17-1   Filed 08/13/25   Page 16 of 19
PageID #: 1662




## Chats (1)

## Native Messages

### +14234640665 (1)

| # | | Deleted | * |
|---|---|---|---|
| 1 | **Name:** +13155151506<br>**Start Time:** 8/8/2020 12:35:35 AM(UTC+0)<br>**Last Activity:** 2/15/2024 3:05:30 AM(UTC+0)<br>**Number of attachments:** 548<br>**Source:** Native Messages<br>**Account:** +14234640665<br>**Chat Type:** Unknown<br>**Source file:** 00008110-000A51D8028A201E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0xE23442 (Table: chat, message, handle, Size: 16551936 bytes)<br>**Body file:** chat-0.txt<br><br>Participants:<br><br>+14234640665<br>+14234640665* (owner)<br><br>+13155151506<br>Hooker*<br><br>+14235899445<br>Kailynn* (owner)<br><br>**Identifier:** +13155151506 | | |



From: +14234640665 (owner)
To: +13155151506 Hooker

Arrest.

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13155151506 Hooker | 2/15/2024 3:03:13 AM(UTC+0) | 2/15/2024 3:05:26 AM(UTC+0) | |

**Status:** Sent
**Platform:**

2/15/2024 3:03:12 AM(UTC+0)

Source Info:
00008110-000A51D8028A201E_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0xBB2D0E (Table: message, handle, Size: 16551936 bytes)


EXHIBIT B

Case 1:24-cv-00151-DCLC-CHS Document 170-1 Filed 08/13/26 Page 17 of 19
Case 4:24-cv-00151-DCLC-CHS Document 170-1 Filed 08/05/26 Page 17 of 19
PageID #: 1663

1



## Device Events (2)

| # | Time | Event type | Value | Additional Info | Source | Deleted | * |
|---|------|-----------|-------|----------------|--------|---------|---|
| 1 | **Start time:** 2/15/2024 3:01:15 AM(UTC+0)  **End time:** | Motion State | Stationary | | **Source:** Unified Logs **Source file:** 00008110-000A51D8028A201E_files_full.zip/private/var/db/diagnostics/Persist/0000000000001097.tracev3 : 0x94BD18 | | |
| 2 | **Start time:** 2/15/2024 3:03:48 AM(UTC+0)  **End time:** | Motion State | Driving | | **Source:** Unified Logs **Source file:** 00008110-000A51D8028A201E_files_full.zip/private/var/db/diagnostics/Persist/0000000000001098.tracev3 : 0x9CD88 | | |



*EXHIBIT C*

Case 1:24-cv-00151-DCLC-CHS   Document 170-1   Filed 08/13/26   Page 18 of 19
Case 4:24-cv-00151-DCLC-CHS   Document 170-1   Filed 08/13/26   PageID #: 1664
PageID #: 1664

1

## logarchive artifacts

Exported on: 8/3/2026, 11:58:19 AM

| Timestamp | Row Number | Process Image Path | Process ID | Subsystem | Category | Event Message | Trace ID |
|---|---|---|---|---|---|---|---|
| 2024-02-15 03:01:15 (+00:00) | 3309542 | /usr/libexec/symptomsd | 136 | com.apple.symptomsd | motion | Motion State Transition: Vehicular->Stationary (stationary:0->1 moving:1->0) | |
| 2024-02-15 03:03:12 (+00:00) | 3338043 | /System/Library/PrivateFrameworks/IMCore.framework/imagent.app/imagent | 54067 | com.apple.Transport | IDSConnection | Client request to send message (dictionary) on service: com.apple.madrid guid: F05C9604-E5A5-49DE-9AC9-FB5F55CE2FD9 to destinations: <private> options: <private> size: 0] (1 pending) | |
| 2024-02-15 03:03:48 (+00:00) | 3350656 | /usr/libexec/locationd | 69451 | com.apple.locationd.Motion | Activity | VEHICULAR: vehicularStartTime, <private>, seq, <private> | |
| 2024-02-15 03:03:48 (+00:00) | 3350754 | /usr/libexec/carkitd | 148 | com.apple.carkit | General | Handling com.apple.vehiclePolicy.DNDMode notification | |
| 2024-02-15 03:03:48 (+00:00) | 3351288 | /usr/libexec/symptomsd | 136 | com.apple.symptomsd | motion | Motion State Transition: Stationary->Vehicular (stationary:1->0 moving:0->1) | |
| 2024-02-15 03:03:49 (+00:00) | 3352051 | /usr/libexec/duetexpertd | 73968 | com.apple.duetexpertd.atx | heuristic | ATXModeCorrelatedAppsDataSource: user currently in Driving mode | |
| 2024-02-15 03:03:48 (+00:00) | 3354337 | /System/Library/PrivateFrameworks/CoreDuetContext.framework/Resources/contextstored | 63 | com.apple.duetexpertd.atx | modes | ATXModeDrivingFeaturizer: received new DNDWD event | |
| 2024-02-15 03:03:48 (+00:00) | 3354338 | /System/Library/PrivateFrameworks/CoreDuetContext.framework/Resources/contextstored | 63 | com.apple.duetexpertd.atx | modes | ATXModeDrivingFeaturizer: Driving mode activated by Do Not Disturb While Driving | |
| 2024-02-15 03:03:48 (+00:00) | 7087739 | /usr/libexec/carkitd | 148 | com.apple.carkit | DNDWD | Engaging Driving. | |
| 2024-02-15 03:03:48 (+00:00) | 142930541 | /usr/sbin/wifid | 49168 | com.apple.WiFiPolicy | | -[WiFiManagerMotionServices startMonitoringMotionState]_block_invoke [MOTION] MotionState: Driving - (CMMotionActivity @ 3085044.604180,<startDate,2024-02-15 03:03:48 +0000,confidence,2,unknown,0,stationary,0,walking,0,running,0,automotive,1,cycling,0>) | |
| 2024-02-15 03:03:48 (+00:00) | 143336925 | /usr/libexec/carkitd | 148 | com.apple.donotdisturb | ModeConfiguration | [com.apple.carkitd.assertion-service:E01555BD-3E53-4B5A-8AB3-84FE5F862C3E] Get mode configuration, identifier=com.apple.donotdisturb.mode.driving | |
| 2024-02-15 03:03:48 (+00:00) | 143336926 | /usr/libexec/carkitd | 148 | com.apple.donotdisturb | ModeConfiguration | [com.apple.carkitd.assertion-service:4FD0253F-85E1-4FA4-A6DA-D69C00F23068] Get mode configuration, identifier=com.apple.donotdisturb.mode.driving | |

Case 1:24-cv-00151-DCLC-CHS   Document 170-1   Filed 08/13/26   PageID #: 1665

Page 19 of 19

EXHIBIT D