**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT CHATTANOOGA**

| | | |
|---|---|---|
| **NATHANIEL ALEXANDER SMITH et al.,** | ) | |
| **Plaintiffs,** | ) | |
| **v.** | ) | **No. 1:24-CV-00151-7-DCLC-CHS** |
| **MEIGS COUNTY and ESTATE OF ROBERT J. LEONARD, et al.** | ) | |
| **Defendants.** | ) | |

**MEIGS COUNTY'S REPLY TO MINOR PLAINTIFFS' RESPONSE [DOC. 175] TO MEIGS' OPPOSITION TO REQUEST FOR ENTRY OF DEFAULT [DOC. 169]**

Defendant Meigs County ("MEIGS"), through counsel, submits this Reply to Minor Plaintiffs' Response [Doc. 175] to MEIGS' Opposition to Request for Entry of Default [Doc. 169] and states the following:

MEIGS adopts the arguments raised in its Reply to Plaintiff Nathan Smith's response [DOC 174] and incorporates those arguments herein.

In brief, Counsel for MEIGS filed an Answer before a Clerk's default was entered. To date, no default has been entered and for over two years MEIGS has been and continues to vigorously defend this case. Based on same, Minor Plaintiffs' Requests for Default should be denied in accordance with the Sixth Circuit's strong federal policy favoring trials on the merits over technical default.

Respectfully submitted,

**MICHEL AND WARD, P.C.**

By: /s/ Alix C. Michel
Alix C. Michel (BPR No. 024243)
David J. Ward (BPR No. 013449)

735 Broad Street, Suite 406
Chattanooga, Tennessee 37402
Telephone: 423.602.9522
Facsimile: 423.265.9524
*Attorneys for Defendant MEIGS COUNTY*