**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**CHATTANOOGA**

| | | |
|---|---|---|
| TABITHA MARIE SMITH (Deceased) | § | |
| (aka Tabatha Marie Colbaugh), | § | |
| by and through her surviving children | § | |
| NATHAN ALEXANDER SMITH, | § | |
| JE through next friend JH, | § | No. 1:24-cv-151-DCLC-CHS |
| NR through next friend SR, and | § | |
| LC through next friend EH, *et al.*, | § | JURY DEMANDED |
| | § | |
| *Plaintiffs,* | § | |
| | § | |
| ~v~ | § | |
| | § | |
| MEIGS COUNTY, *et al.*, | § | |
| | § | |
| *Defendants.* | § | |

**PLAINTIFFS' MOTION TO STRIKE DOCUMENT 178**

Plaintiffs, through counsel, move this Court to strike Document 178. Plaintiffs state that during the upload to the CM/ECF system Attorney Robin Flores inadvertently uploaded a draft that was not intended for filing, and that Document 179 reflects the document intended for filing.

Respectfully submitted,

By: /s/ Robin Ruben Flores
**ROBIN RUBEN FLORES**
**TENN. BPR #20751**
**GA. STATE BAR #200745**
Attorney for Nathan Alexander Smith
4110-A Brainerd Road
Chattanooga, TN 37411
O: (423) 267-1575
F: (423) 267-2703
robin@robinfloreslaw.com

*/s/ Paul Matouka (by permission)*
Paul Matouka (MI Bar #P84874)*
OLIVER BELL GROUP
Attorneys for Minor Plaintiffs
50 W. Big Beaver Rd.
Suite 200
Troy, MI 48084
(248) 327-6566
pmatouka@oliverlawgroup.com
notifications@oliverlawgroup.com
*Admitted *pro hac vice*

**Certificate of Service**

I certify that I served a copy of this motion to all persons listed on the ECF/CM receipt and on the dates listed thereupon.

/s/ Robin Ruben Flores