U.S. DISTRICT COURT for the EASTERN DISTRICT OF TENNESSEE at CHATTANOOGA

**CIVIL MINUTES - GENERAL**

**CASE NO.** 1:24-cv-151

**STYLE:** Nathan Alexander Smith, et al. v.
Meigs County, et al.

**PRESENT:** Honorable Christopher H. Steger ☐ U.S. District Judge ☑ U.S. Magistrate Judge

| Dana Bellamy | None | |
|---|---|---|
| **Courtroom Deputy** | **Court Reporter** | **Interpreter(s)** ☐ **SWORN** |

**FTR** ☐ **1B** ☐ **4**

**Attorney(s) for Plaintiff(s):** See below

**Attorney(s) for Defendant(s):** See below.

**PROCEEDINGS:**

Attorneys present:

Paul Matouka - Attorney for Plaintiffs Minor Children
Robin Flores - Attorney for Plaintiff Nathan Alexander Smith
Bryan Hoss - Attorney for Defendant Estate of Robert Leonard
Logan Davis - Attorney for Defendant Estate of Robert Leonard
David Ward - Attorney for Defendant Meigs County
Alix Michel - Attorney for Defendant Meigs County

Hearing on Application for Default (doc. 167), Motion to Strike (doc. 169), and Case Management performed via Teams Video Conference. Motion to Strike denied. Motion for Default denied. Joint scheduling order proposal or separate proposed dates for scheduling order requested by email on or before Friday, Sept. 4 at 10am.

Order to enter.

Time: 11:00 to 11:45 Time: ______ to ______

Time: ______ to ______ Time: ______ to ______

Time: ______ to ______ Time: ______ to ______

8/31/2026
Date