## Alix Michel

| | |
|---|---|
| **From:** | Paul Matouka <pmatouka@oliverlawgroup.com> |
| **Sent:** | Thursday, September 3, 2026 1:36 PM |
| **To:** | steger_chambers@tned.uscourts.gov |
| **Cc:** | Alix Michel; David Ward; Alyson Oliver; Bryan Hoss; 'Logan Davis'; 'Jeff Rufolo'; Neil Thomas; 'Michael Thomas'; Notifications OLG |
| **Subject:** | Smith v. Meigs, et al - No. 1:24-cv-151 -- Parties Joint Statement Concerning Amending the Scheduling Order |
| **Attachments:** | Parties' Joint Statement re Amending Scheduling Order.pdf |

Dear Court:

During a status conference held Monday in this case, the Parties we directed to provide a written statement concerning potential amendments to the current scheduling order. The Parties have met and conferred, and I am attaching a joint statement prepared by the Parties.

Best,
Paul Matouka


Oliver Bell
Attorneys at Law

**Paul Matouka**
**Associate Attorney**

**(248) 327-6556**
**Toll Free: (800) 939-7878**
**Fax: (248) 436-3385**

**Monday - Friday: 9:00AM - 5:00PM**
**(Eastern Time)**

**Michigan Headquarters**
50 W. Big Beaver Rd. Suite 200
Troy, Michigan 48084

**Texas Office**
8951 Cypress Waters Blvd. Suite 160
Dallas, Texas 75019



**Click to Schedule Your** free consultation



**Notice:** This communication, including attachments, may contain information that is confidential and protected by the attorney/client or other privileges. It constitutes non-public information intended to be conveyed only to the designated recipient(s). If the reader or recipient of this communication is not the intended recipient, an employee or agent of the intended recipient who is responsible for delivering it to the intended recipient, or you believe that you have received this communication in error, please notify the sender immediately by return e-mail and promptly delete this e-mail, including attachments without reading or saving them in any manner. The unauthorized use, dissemination, distribution, or reproduction of this e-mail including attachments, is prohibited and may be unlawful. Receipt by anyone other than the intended recipient(s) is not a waiver of any attorney/client or other privilege. This e-mail and all other electronic (including voice) communications from the sender's firm are for informational purposes only. No such communication is intended by the sender to constitute either an electronic record or an electronic signature, or to constitute any agreement by the sender to conduct a transaction by electronic means. Any such intention or agreement is hereby expressly disclaimed unless otherwise specifically indicated.


Exhibit "1"

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
CHATTANOOGA

| | | |
|---|---|---|
| TABITHA MARIE SMITH (Deceased)<br>(aka Tabatha Marie Colbaugh),<br>by and through her surviving children<br>NATHAN ALEXANDER SMITH,<br>JE through next friend JH,<br>NR through next friend SR, and<br>LC through next friend EH, *et al.*,<br><br>*Plaintiffs,*<br><br>~v~<br><br>MEIGS COUNTY, *et al.*,<br><br>*Defendants.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | No. 1:24-cv-151-DCLC-CHS<br><br>JURY DEMANDED |

**JOINT STATEMENT CONCERNING AMENDING THE SCHEDULING ORDER**

In accordance with Magistrate Steger's instructions at the conference held on August 31, 2026, the parties, through Counsel, met via Microsoft Teams on September 2, 2026 and participated in a meet and confer regarding remaining discovery and Amending the current Scheduling Order. Based on same, the parties would advise the Court of the following:

**1) Deposition schedule to complete remaining discovery.**

The parties extensively discussed the remaining depositions they anticipated, agreed on several deposition dates, and discussed the potential need for additional discovery based on evidence obtained through those depositions. The depositions scheduled during the meet and confer were as follows:

| **Fact Witnesses:** | **Date** |
|---|---|
| Carl Ritchey | **11/18/2026** |
| Kelley Overly | **11/16/2026** |
| Sherry Roberson | **11/16/2026** |
| Natalie Roberson | **11/16/2026** |
| Michael Server | **11/17/2026** |
| Kyle Hartline | **11/18/2026** |
| Kenneth Colbaugh | **11/17/2026** |
| Jacob Green | **11/17/2026** |
| Amber McKinney | **11/18/2026** |
| Brandon McKinney | **11/18/2026** |
| John McFarland | **12/8/2026** |
| **Brian Malone**[1] | **11/19/2026** |
| **Will Owens**[2] | **11/19/2026** |
| **Ben Christian**[3] | **11/19/2026** |
| Jail administrators | If necessary, based on testimony of other witnesses. |
| Prisoners | If necessary, based on testimony of other witnesses. |
| | |
| **Experts:** | |
| Ryan McGee | **9/15/2026** |
| T. Tiderington | **1/5/2027** |
| Dr. Richard Hough | **1/26/2027-1/29/2027** |
| K. Scott Reiling | **1/26/2027-1/29/2027** |
| Mike Hodges | **1/26/2027-1/29/2027** |
| | |

[1] The Parties have agreed to the limited redepositions of Brian Malone, Will Owens, and Ben Chrisitian. However, there is a dispute as to the scope of the re-depositions of these witnesses. All Parties agree that the scope of the deposition includes vehicle maintenance and the condition of the vehicle that Ms. Smith and Mr. Leonard died in. **However, the Parties disagree whether the alleged criminal conduct of Brian Malone and Will Owens are properly within the scope of the re-deposition and seek direction from the Court to resolve this dispute promptly (emphasis added).**

[2] Same as above.

[3] Same as above.

**2) Proposed Amendment to the Scheduling Order and Trial Setting.**

Based on the agreed upon deposition dates above, the Parties jointly propose the Court consider Amending the Scheduling Order and Trial setting as follows:

| Important Scheduling Dates | |
|---|---|
| Trial Date | **Requesting no earlier than an August 2027 setting** |
| Estimated Length of Trial | **8-9 days** |
| Final Pretrial Conference | **TBD by Court** |
| Non-dispositive Motions Due (including Motions in Limine) | **Mid-May 2027** |
| Dispositive Motions Due and Daubert Challenge Deadline | **March 19, 2027** |
| Fact and Expert Discovery Cut-Off (all discovery) | **February 19, 2027** |
| Deadline for Supplementation of expert reports:<br><br>(Note: other than the current ruling permitting Plaintiffs the opportunity to add an expert to counter Mr McGee, any party seeking to add experts will need to file a Motion and obtain an Order from Court allowing same) | **Plaintiff: December 11, 2026**<br>**Defendant: January 18, 2027** |
| Final Witness and Exhibit list | **TBD by Court** |
| Depositions for evidence | **TBD by Court** |

The Parties believe that the proposed amended deadlines are adequate to complete all necessary discovery and submit this proposal. Lastly, the parties request

a phone conference with Judge Steger is requested to answer any questions the Court may have regarding the matters addressed above.

Respectfully submitted,


_/s/ Paul Matouka_
Paul Matouka (MI SBN P84874)*
OLIVER BELL GROUP
Attorneys for Minor Plaintiffs
50 W. Big Beaver Rd.
Suite 200
Troy, MI 48084
(248) 327-6556
pmatouka@oliverlawgroup.com
*admitted *pro hac vice*

_/s/ Robin Flores (w/ permission)_
Robin Flores (BPR #015013)
Attorney for Plaintiff Nathan Smith
FLORES LAW OFFICE
4110 Brainerd Road, Suite A
Chattanooga, TN 37411
robin@robinfloreslaw.com

_/s/ Alix Michel (w/ permission)_
Alix Michel (BPR #024243)
Attorneys for Defendant Meigs County
MICHEL & WARD, P.C.
735 Broad Street, Suite 406
Chattanooga, TN 37402
alix@michelandward.com
david@michelandward.com

_/s/ Bryan Hoss (w/ permission)_
Bryan H. Hoss (BPR #021529)
Attorneys for Estate of Robert J. Leonard
DAVID & HOSS, P.C.
850 Fort Wood Street
Chattanooga, TN 37403
(423) 266-0605
(423) 266-0687 – fax


Dated: September 3, 2026.