**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**CHATTANOOGA**

| | | |
|---|---|---|
| TABITHA MARIE SMITH (Deceased) (aka Tabatha Marie Colbaugh), by and through her surviving children NATHAN ALEXANDER SMITH, JE through next friend JH, NR through next friend SR, and LC through next friend EH, | § | No. 1:24-CV-151-DCLC-CHS |
| and | § | JURY DEMANDED |
| NATHAN ALEXANDER SMITH, NR through next friend SR, JE through next friend JH, and LC through next friend EH, (individually), | § | |
| Plaintiffs, | § | |
| vs. | § | |
| MEIGS COUNTY, and ESTATE OF ROBERT J. LEONARD (Deceased), by and through Neal Pinkston as Administrator *ad Litem*, | § | |
| Defendants, | § | |

**<u>PLAINTIFFS JE, NR, AND LC's FOURTH SET OF DISCOVERY TO MEIGS COUNTY</u>**

NOW COME Plaintiffs JE, NR, and LC, by and through their next friends and counsel and submit their First Set of Discovery to Defendant Meigs pursuant to Fed. R. Civ. P. 33, 34, and 36 as follows:



Exhibit "2"

Case 1:24-cv-00151-DCLC-CHS Document 184-2 Filed 09/09/26 Page 1 of 10
PageID #: 1955

## REQUESTS FOR ADMISSION

**Request for Admission No. 4:** Admit that former officer Jacob Green reported a physical altercation with Will Owens to Brian Malone in 2026.

**Response:**

**Request for Admission No. 5:** Admit that Brian Malone was aware that Will Owens filed for workers compensation and related benefits after his physical altercation with Jacob Green in 2026.

**Response:**

**Request for Admission No. 6:** Admit that the injury sustained by Will Owens for which he received workers compensation in 2026 stemmed from his physical altercation with Jacob Green.

**Response:**

**Request for Admission No. 7:** Admit that Meigs County Sheriff's Department employees have expressed concerns about having prisoners work on police vehicles.

**Response:**

**Request for Admission No. 8:** Admit that the Meigs County Sheriff's Department never determined whether the prisoners incarcerated at the Meigs County Jail who worked on police vehicles had any prior experience or training working on vehicles.

**Response:**

**Request for Admission No. 9:** Admit that Ben Christian was terminated after he raised concerns about being listed as a witness to Will Owens worker compensation claim.

**Response:**

**Request for Admission No. 10:** Admit that filing a false workers compensation claim is a crime.

**Response:**

**Request for Admission No. 11:** Admit that Defendant Meigs did not provide its Expert, Mr. McGee, with the data from Defendant Leonard's Garmin GPS device.

**Response:**

**Request for Admission No. 12:** Admit that Defendant Leonard's phone being in a "stationary motion state" does not necessarily mean that the phone was not moving.

**Response:**

**Request for Admission No. 13:** Admit that Defendant Leonard contacted dispatch using his radio on February 14, 2026, at 21:58:26 and informed them that he was in route to the jail with one in custody.

**Response:**

**Request for Admission No. 14:** Admit that Defendant Meigs has no evidence showing that Defendant Leonard began driving with Ms. Smith in the back seat *before* 21:58 on February 14, 2024.

**Response:**

**Request for Admission No. 15:** Admit that the last radio transmission received by the Meigs County Sheriff's Department from Defendant Leonard occurred at 22:03:58 on February 14, 2026.

**Response:**

**Request for Admission No. 16:** Admit that Defendant Meigs has no evidence that Defendant Leonard drove into the Tennessee River *after* 22:03:58 on February 14, 2024.

**Response:**

**Request for Admission No. 17**: Admit that rumble strips are mechanism for warning drivers of potential danger.

**Response:**

## INTERROGATORIES

**Interrogatory No. 6:** Explain the process of investigating allegations of officer misconduct as applied to the concerns raised by Jacob Green and Ben Christian to Brian Malone regarding the physical altercation between Green and Owens and Christian being identified as a witness to a fraudulent workers compensation claim.

**Response:**

**Interrogatory No. 7:** Identify all persons with knowledge of Meigs County's prisoner vehicle maintenance program between January 1, 2022 and March 1, 2024, including:

- **a.** How prisoners were selected to participate in the maintenance program.
- **b.** What documents or training was provided to the prisoners involved in the prisoner vehicle maintenance program.
- **c.** The criteria for selecting prisoners for the prisoner vehicle maintenance program.
- **d.** What quality control measures were in place to assess the repairs.
- **e.** What repairs, if any, the prisoner maintenance program was *not* authorized to make.
- **f.** Any complaints concerning the work done by prisoners on Meigs County Sheriff's Department vehicles.
- **g.** Whether reserve vehicles received routine maintenance or inspections while they were in the reserve lot.
- **h.** What documentation, if any, prisoners were required to create and maintain.

i. What documentation, if any, was created or maintained concerning prisoner movement from the Jail to the auto shop.

**Response:**

**Interrogatory No. 8:** Identify all evidence supporting Defendant Meigs' affirmative defense of an intervening cause.

**Response:**

**Interrogatory No. 9:** Identify the types of sensor data used to determine the device motion state for Defendant Leonard's phone. **(I.e., accelerometers, GPS, gyroscopes, etc.)**.

**Response:**

**Interrogatory No. 10:** Identify every auto repair shop, mechanic, and/or person – whether licensed or unlicensed – that was used by the Meigs County Sheriff's Office to provide vehicle maintenance, diagnostics, or parts from January 1, 2020, to February 14, 2024.

**Response:**

## REQUESTS FOR PRODUCTION

**Request for Production No. 10:** Produce all records supporting the denial of Plaintiffs' Requests for Admission Nos. 4–17 to the extent any were denied.

**Response:**

**Request for Production No. 11:** Produce the personnel files for Will Owens, Ben Chrisitian, Jacob Green, and Brian Malone.

**Response:**

**Request for Production No. 12:** Produce the CAD report associated with Will Owens' workers compensation claim.

**Response:**

**Request for Production No. 13:** Produce the workers compensation claim filed by Will Owens after his physical altercation with Jacob Green in 2026.

**Response:**

**Request for Production No. 14:** Produce all video from the Meigs County Sheriff's Office exterior and parking lot from February 14, 2026, between 5:00 PM and midnight.

**Response:**

Respectfully Submitted,

Date: September 9, 2026

OLIVER BELL GROUP

_/s/ Paul Matouka_
Paul Matouka*
Attorney for Plaintiffs
50 W. Big Beaver Road, Suite 200
Troy, MI 48084
(248) 327-6556
notifications@oliverlawgroup.com

*Admitted *pro hac vice*

**CERTIFICATE OF SERVICE**

I, Paul Matouka, hereby certify that on September 9, 2026, I served Plaintiffs JE, NR, and LC's Fourth Set of Discovery to Meigs County via email to its counsel of record at the following addresses:

Alix Michel (BPR 024243)
Michel & Ward, P.C.
Attorneys for Defendant Meigs County
alix@michelandward.com

David Ward (BPR 013449)
Michel & Ward, P.C.
Attorneys for Defendant Meigs County
david@michelandward.com