UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| TABATHA MARIE SMITH (deceased) (aka Tabatha Marie Colbaugh), by and through her surviving children Nathan Alexander Smith, JE through next friend JH, NR through next friend SR, and LC through next friend EH,<br><br>Plaintiffs,<br>v.<br><br>MEIGS COUNTY and ESTATE OF ROBERT J. LEONARD (deceased), by and through Neal Pinkston as Administrator *ad Litem*,<br><br>Defendants. | ) | No. 1:24-CV-00151-DCLC-CHS |

**ORDER**

This matter is before the Court on Chief United States Magistrate Judge Christopher H. Steger's Report and Recommendation [Doc. 187]. Chief Magistrate Judge Steger recommends the Court amend the Amended Scheduling Order [Doc. 123] to accommodate the parties' request for an extension of deadlines. [R. & R., Doc. 187, at 4]. He also recommends the Court dismiss as moot Plaintiffs' Joint Omnibus Motion to Amend Scheduling Order and for Leave to Re-Depose Additional Witnesses [Doc. 179]. [*Id.*]. None of the parties has timely objected to Chief Magistrate Judge Steger's report and recommendation. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); *see Thomas v. Arn*, 474 U.S. 140, 150 (1985) ("It does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a de novo or any other standard, when neither party objects to those findings.").

Having carefully reviewed the record, the Court agrees with Chief Magistrate Judge Steger's recommendation. The Court therefore **ACCEPTS IN WHOLE** the report and recommendation under 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b). For the

reasons in the report and recommendation, which the Court adopts and incorporates into this Judgment Order, the Court will enter an amended scheduling order in which it accommodates the parties' requested extension of deadlines, and Plaintiffs' Joint Omnibus Motion to Amend Scheduling Order and for Leave to Re-Depose Additional Witnesses [Doc. 179] is **DENIED AS MOOT**.

**SO ORDERED:**

s/Clifton L. Corker
United States District Judge